UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEPAMUCENO GALVAN, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) **Case No. 7:23-cv-06724(CS)** |
| -against- | ) |
| | ) |
| ROLLING LAWNS, INC., DAVID FERRARO and EVAN FERRARO, | ) |
| | ) |
| Defendant(s). | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Rolling Lawns, Inc., David Ferraro and Evan Ferraro ("Defendants") may answer or respond to Plaintiff's complaint on or before October 5, 2023.

IT IS FURTHER STIPULATED that Defendants' objections to the absence of service of the complaint are hereby waived, but the Defendants will otherwise keep all objections to the lawsuit, the Court's jurisdiction, and the venue of the action.

Dated: 8/29/2023                                                    Dated: 8/29/2023

MOSER LAW FIRM, P.C.                                          KALMANSON COHEN PLLC

*[signature]*                                                              *Randi M. Cohen*
ID hHxmpTa3xGeCoi3duDdKdcXX                              ID kLg9kYjwhfYWNH49A4aEJH8j

By: Steven John Moser                                              By: Randi M. Cohen
133C New York Avenue                                            165 Broadway, 23rd Floow
PO Box 710                                                               New York, NY  10006
Huntington, New York 11743                                    randi@kalmansoncohen.com
steven.moser@moserlawfirm.com                            (646) 759 3655
(516) 671-1150                                                          *Attorneys for Plaintiffs(s)*
*Attorneys for Defendant(s)*


SO ORDERED:

_____

## eSignature Details

**Signer ID:** kLg9kYjwhfYWNH49A4aEJH8j
Signed by: Randi M. Cohen
Sent to email: randi@kalmansoncohen.com
IP Address: 173.63.48.225
Signed at: Aug 29 2023, 3:21 pm EDT

**Signer ID:** hHxmpTa3xGeCoi3duDdKdcXX
Signed by: Steven Moser
Sent to email: steven.moser@moserlawfirm.com
IP Address: 68.132.38.164
Signed at: Aug 29 2023, 4:31 pm EDT