UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEPAMUCENO GALVAN, | ) |
| Plaintiff(s), | ) |
| -against- | ) Case No. 7:23-cv-06724(CS) |
| ROLLING LAWNS, INC., DAVID FERRARO and EVAN FERRARO, | ) |
| Defendant(s). | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Rolling Lawns, Inc., David Ferraro and Evan Ferraro ("Defendants") may answer or respond to Plaintiff's complaint on or before October 5, 2023.

IT IS FURTHER STIPULATED that Defendants' objections to the absence of service of the complaint are hereby waived, but the Defendants will otherwise keep all objections to the lawsuit, the Court's jurisdiction, and the venue of the action.

Dated: 8/29/2023

MOSER LAW FIRM, P.C.

*[signature]*
ID hHxmpTa3xGeCoi3duDdKdcXX

By: Steven John Moser
133C New York Avenue
PO Box 710
Huntington, New York 11743
steven.moser@moserlawfirm.com
(516) 671-1150
*Attorneys for Defendant(s)*

Dated: 8/29/2023

KALMANSON COHEN PLLC

*Randi M. Cohen*
ID kLg9kYjwhfYWNH49A4aEJH8j

By: Randi M. Cohen
165 Broadway, 23rd Floow
New York, NY 10006
randi@kalmansoncohen.com
(646) 759 3655
*Attorneys for Plaintiffs(s)*

SO ORDERED.

*Cathy Seibel*  8/29/23
CATHY SEIBEL, U.S.D.J.

## eSignature Details

**Signer ID:**       kLg9kYjwhfYWNH49A4aEJH8j
Signed by:           Randi M. Cohen
Sent to email:       randi@kalmansoncohen.com
IP Address:          173.63.48.225
Signed at:           Aug 29 2023, 3:21 pm EDT

**Signer ID:**       hHxmpTa3xGeCoi3duDdKdcXX
Signed by:           Steven Moser
Sent to email:       steven.moser@moserlawfirm.com
IP Address:          68.132.38.164
Signed at:           Aug 29 2023, 4:31 pm EDT