UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Galvan,

                          Plaintiff(s),

       -against-

Rolling Lawns, Inc. et al,

                         Defendant(s).
------------------------------------------------------------------X

MEDIATION REFERRAL ORDER

7:23-CV-06724 (CS)

Cathy Seibel, United States District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. Unless otherwise ordered, the mediation will have no effect upon the Scheduling Order issued by this Court.

      **SO ORDERED.**

Dated: November 13, 2023
       White Plains, New York

_____
Cathy Seibel, U.S.D.J.