UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEPAMUCENO GALVAN,,<br><br>Plaintiff,<br><br>v.<br><br>ROLLING LAWNS, INC., DAVID FERRARO and EVAN FERRARO,<br><br>Defendant. | NOTICE OF MOTION TO DISMISS<br><br>23-cv-06724 (CS) |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law filed simultaneously herewith, Defendants, by their attorneys, the Moser Law Firm PC, will move before the Honorable Cathy Seibel, United States District Judge of the United States District Court, Southern District of New York, at 300 Quarropas St., White Plains, New York 10601, for an Order pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Counts 3, 9, and 10 of the Complaint and for such other and further relief as the Court deems necessary and proper. The grounds upon which Defendant seeks relief are set forth in detail in the accompanying Memorandum of Law.

Dated: Huntington, New York
December 20, 2023

Respectfully submitted,

Steven John Moser (SM1133)
MOSER LAW FIRM, P.C.
5 East Main Street
Huntington, NY 11743
(516) 671-1150
smoser@moseremploymentlaw.com

*Attorneys for Defendants*