# KC | KALMANSON COHEN

**Randi M. Cohen**
PARTNER

c (631) 806-3762
f (646) 513-2936
e randi@kalmansoncohen.com

> Ordinarily we schedule an initial conference once the Answer has been filed, but it is fine that the parties want to get going. My courtroom deputy will notify the parties of the date for the initial conference.
>
> SO ORDERED.
>
> *Cathy Seibel*   1/31/24
> CATHY SEIBEL, U.S.D.J.

January 30, 2024

**Via ECF**

The Honorable Cathy Seibel, U.S.D.J.
United States District Court for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:   *Galvan v. Rolling Lawns, Inc. et al.*, Case No. 7:23-cv-06724 (CS)

Dear Judge Seibel:

    We represent Plaintiff Nepamuceno Galvan ("Mr. Galvan" or "Plaintiff") in the above captioned action and write to respectfully request that the Court schedule an initial case management conference at its earliest convenience. Defendants Rolling Lawns, Inc., David Ferraro, and Evan Ferraro ("Defendants") join us in this request.

    Plaintiff filed the Complaint on August 2, 2023. (ECF No. 1). On October 4, 2023, Defendants filed a letter indicating that they were seeking to dismiss the entire Complaint. After the pre-motion conference was held on November 8, 2023, Defendants made a partial motion to dismiss. On January 17, 2024, the parties stipulated that Defendants would withdraw their partial motion to dismiss and serve an Answer to Plaintiff's Complaint by February 16, 2024. The stipulation was So Ordered on January 19, 2024. (ECF No. 19).

    As such, the parties respectfully request that the Court schedule a case management conference at its earliest convenience so that discovery in this case may proceed.

    We thank the Court for its time and continued attention to this matter.

                                                                                     Respectfully yours,

                                                                                    /s/ Randi M. Cohen
                                                                                    Randi M. Cohen

cc: all counsel of record (via ECF)