AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Nepamuceno Galvan,  )
)
)  Case No. 23-cv-06724-CS
Rolling Lawns, Inc. et al  )
)

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nepamuceno Galvan.

Date: July 16, 2024

*Kimberly Kalmanson*
*Attorney's signature*

Kimberly Kalmanson, Esq. KK2681
*Printed name and bar number*

Kalmanson Cohen PLLC
165 Broadway, 23rd Floor
New York, NY 10006
*Address*

kim@kalmansoncohen.com
*E-mail address*

(646) 759-3655
*Telephone number*

(646) 513-2936
*FAX number*