

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 16, 2024

**VIA EMAIL ONLY**

Hon. Cathy Seibel, USDJ
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 1001

     Re:   *Galvan v Rolling Lawns, Inc et al.,* Case No. 7:23-cv-06724(CS)

Dear Judge Seibel:

     I represent the Defendants in the above referenced action. Today Plaintiff filed his response to our letter motion to stay service of the subpoenas. However, Plaintiff does not offer any explanation for his refusal to hold off on serving the subpoenas on the homeowners for a brief period, and instead argues that a motion to quash and/or for a protective order (which has not yet been made) would be meritless. Defendants respectfully reserve their right to argue the merits of the subpoenas in a motion to quash.

     Respectfully submitted,

     */s/ Steven J. Moser*
     Steven J. Moser

Hon. Cathy Seibel, USDJ
Re: *Galvan v Rolling Lawns, Inc et al.*, Case No. 7:23-cv-06724(CS)
Page 2

MOSER LAW FIRM, PC