UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Galvan,

                       Plaintiff(s),

v.

Rolling Lawns, Inc. et al,

                       Defendant(s).
-----------------------------------------------------------X

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

7:23-CV-06724 (CS)

The above entitled action is referred to the Hon. Victoria Reznik, United States Magistrate Judge, for the following purposes(s):

__X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ DISPOSITIVE MOTION (i.e., a motion Requiring a Report & Recommendation)

____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)*
_____
<u>Discovery Disputes</u>

____ JURY SELECTION

____ HABEAS CORPUS

____ INQUEST AFTER DEFAULT / DAMAGES HEARING

____ SOCIAL SECURITY

____ SETTLEMENT

____ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR ALL PURPOSES (including trial)

____ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR LIMITED PURPOSE OF

_____

_____

Dated:   July 19, 2024
           White Plains, New York

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.

*Do not check if already referred for General Pre-Trial.