# EXHIBIT C

# Rolling Lawns Standard Schedule 2021

Monday – Saturday

7:30am: Present at yard

7:35am: Dressed and ready for days instructions

8:00am Arrive at jobsite unless special equipment required.

12:00pm: 30 min lunch break

4:45pm: End of day

9.25 hours per day minus 30 mins unpaid lunch equals 8.75 hrs per day

8.75 Hours per day X 6 Days = 52.5 Hours per week

Rolling Lawns Standard Schedule 2023

Monday – Saturday

7:30am: Present at yard

7:35am: Dressed and ready for days instructions

12:00pm: 30 min lunch break

5:00pm: End of day

9.5 hours per day minus 30 mins unpaid lunch equals 9hrs per day

9 Hours per day X 6 Days = 54 Hours per week

CONFIDENTIAL                                           DEF000211