UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEPAMUCENO GALVAN,

                                Plaintiff,

v.

ROLLING LAWNS, INC., DAVID FERRARO and EVAN FERRARO,

                                Defendant.

23-cv-06724 (CS)(VR)

**DECLARATION OF STEVEN J. MOSER
IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE
ORDER, TO QUASH AND TO RECOVER ATTOREYS' FEES AND COSTS
ASSOCIATED WITH THIS MOTION**

I, Steven J. Moser, declare as follows:

    1.    I am the attorney of record for the Defendants Rolling Lawns, Inc., David Ferraro and Evan Ferraro.

    2.    I make this declaration in further support of Defendants' motion to quash six (6) non-party subpoenas addressed to the Defendants' customers and for a protective order.

    3.    I hereby incorporate by reference the facts stated in the accompanying Reply Memorandum of Law in Further Support of Defendants' Motion to Quash and for a Protective Order as if fully set forth herein.

    4.    I have annexed hereto true and accurate copies of the following documents in support of the Defendants' motion:

| Exhibit No. | Date | Description |
|---|---|---|
| 1 | May 21, 2024 | The Court's Confidentiality Order (ECF No. 28) |
| 2 | May 13, 2024 | Defendants' Letter to Plaintiff's Counsel dated August 5, 2024 |
| 3 | May 31, 2024 | Defendants' Letter to Plaintiff's Cousnel dated August 7, 2024 |

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: Huntington, New York
       August 12, 2024

                                              *Steven J. Moser*
                                              Steven J. Moser

ii