UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**Galvan**,

                              Plainfiffs,      **ORDER RE STATUS CONFERENCE**

-against-                      7:23-cv-6724-CS-VR

**Rolling Lawns, Inc, et al.**,

                              Defendant.

------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **September 25, 2024 at 12 pm.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code **5999739** and then # to enter the conference.

      SO ORDERED.

DATED:    White Plains, New York
                September 18, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2024