
**Outlook**

## Re: Spoliation notice

| | |
|---|---|
| **From** | Steven Moser <steven.moser@moserlawfirm.com> |
| **Date** | Tue 10/29/2024 1:24 PM |
| **To** | Randi Cohen <randi@kalmansoncohen.com>; Shirley Navarro-Losito <shirleylosito@moserlawfirm.com> |
| **Cc** | Joni Kletter <joni@kalmansoncohen.com>; Kimberly Kalmanson <kim@kalmansoncohen.com> |

Randi

We believe that your "spoliation notice" is based upon speculation. Also, your own client does not have any text messages regarding his termination, presumably because none exist. Yet, we have not thrown about allegations of spoliation. We suggest that the parties schedule depositions.

Steve Moser

---

**From:** Randi Cohen <randi@kalmansoncohen.com>
**Sent:** Friday, October 25, 2024 1:52 PM
**To:** Steven Moser <steven.moser@moserlawfirm.com>; Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>
**Cc:** Joni Kletter <joni@kalmansoncohen.com>; Kimberly Kalmanson <kim@kalmansoncohen.com>
**Subject:** Spoliation notice

Steve:

Please see the attached.

Regards,

Randi

**Randi M. Cohen** | Partner
Kalmanson Cohen PLLC
<u>165 Broadway, 23rd Floor</u>
New York, NY  10006
T: <u>631 806 3762</u>  | F: <u>646 513 2936</u>
<u>http://www.kalmansoncohen.com</u>

