## UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4225

Chambers of
**Hon, Victoria Reznik**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  November 18, 2024
```

United States District Court
Southern District of New York
-----------------------------------------------------------X
Galvan,

            Plaintiff

   -against-

Rolling Lawns Inc., et al.,
           Defendant.
-----------------------------------------------------------X

**SCHEDULING ORDER**

*7:23-cv-6724-CS-VR*

TO ALL PARTIES:

The Court has scheduled a discovery hearing for **12/6/2024 at 12:30 pm** before Magistrate Judge Victoria Reznik to discuss the discovery issues both parties have raised. The Court expects to conduct the proceeding **in person** at the Hon. Charles L. Brieant, Jr., Courthouse, **300 Quarropas Street, Courtroom 420, White Plains, NY 10601.**


Dated: 11/18/2024
       White Plains, New York

                                          SO ORDERED:

                                          s/        VR

                                          VICTORIA REZNIK
                                          United States Magistrate Judge