

**Randi M. Cohen**
PARTNER

c (631) 806-3762
f (646) 513-2936
e randi@kalmansoncohen.com

December 6, 2024

**Via ECF**

The Honorable Cathy Seibel, U.S.D.J.
United States District Court
for the Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    <u>Galvan v. Rolling Lawns, Inc. et al.</u>, Case No. 7:23-cv-06724(CS)

Dear Judge Seibel:

    We represent the Plaintiff Nepamuceno Galvan in the above-captioned action. In accordance with Judge Reznik's Order dated December 5, 2024 (ECF No. 78, the "Adjournment Order"), the Parties' discovery hearing scheduled for today, December 6, 2024, was rescheduled for Wednesday, December 11, 2024. As further required by the Adjournment Order, the parties hereby respectfully request that the Court adjourn the Case Management Conference currently scheduled with Your Honor for December 12, 2024, to a future date convenient for the Court.

    We thank the Court for its time and continued attention to this action.

Respectfully yours,

**KALMANSON COHEN, PLLC**

 <u>/s/ Randi M. Cohen</u>
*Attorneys for Plaintiff*


MOSER LAW FIRM, P.C.

<u>/s/ Steven Moser</u>

*Attorneys for Defendants*

cc: all counsel of record (via ECF)