# EXHIBIT 1

○ USDOT Number    ○ MC/MX Number    ● Name

Enter Value: [ ROLLING LAWNS INC ]

[ Search ]

*Company Snapshot*

**ROLLING LAWNS INC**
USDOT Number: 2286250

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form **MCS-150** which can be obtained **online** or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's **DataQs** system.

**USDOT Status**

- **ACTIVE:** The entity's US DOT number is active.
- **INACTIVE:** Inactive per 49 CFR 390.19(b)(4); biennial update of MCS-150 data not completed.
- **OUT-OF-SERVICE:** Carrier is under any type of out-of-service order and is not authorized to operate.

**Operating Authority Status**

- **AUTHORIZED FOR { Passenger, Property, HHG }:** This will list the specific operating authorities the carrier (or broker) is allowed to operate.
- **NOT AUTHORIZED:** The entity does not have any operating authority and/or is not authorized to engage in interstate, for-hire operations.
  - *Please Note:* **NOT AUTHORIZED** does not apply to **Private** or **Intrastate** operations.
- **OUT-OF-SERVICE:** Carrier is under any type of out-of-service order and is not authorized to operate.

**Out of Service Date**
Indicates the date the company was ordered Out of Service. If there are multiple Out of Service orders, the earliest date will be displayed.

**Please note:** If there are multiple Out-of-Service orders, the earliest date will be displayed.

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 01/30/2025.**

| Other Information for this Carrier |
|---|
| ▼ **SMS Results** |
| ▼ **Licensing & Insurance** |

| USDOT INFORMATION | | | |
|---|---|---|---|
| Entity Type: | CARRIER | | |
| USDOT Status: | ACTIVE | Out of Service Date: | None |
| USDOT Number: | 2286250 | State Carrier ID Number: | |
| MCS-150 Form Date: | 09/25/2024 | MCS-150 Mileage (Year): | 12,000 (2023) |
| OPERATING AUTHORITY INFORMATION | | | |
| Operating Authority Status: | NOT AUTHORIZED | | |
| | *Please Note:* **NOT AUTHORIZED** does not apply to **Private** or **Intrastate** operations. | | |
| | For Licensing and Insurance details click here. | | |
| MC/MX/FF Number(s): | | | |
| COMPANY INFORMATION | | | |
| Legal Name: | ROLLING LAWNS INC | | |
| DBA Name: | | | |
| Physical Address: | 509 FAYETTE AVE MAMARONECK, NY 10543 | | |
| Phone: | (914) 381-0123 | | |
| Mailing Address: | 509 FAYETTE AVE MAMARONECK, NY 10543 | | |
| DUNS Number: | -- | | |
| Power Units: | 10 | Drivers: | 10 |
| Operation Classification: | | | |

| | | |
|---|---|---|
| Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| X Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| X Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |

**EXHIBIT 2 – COMPLAINT EXCERPT**

18.     Defendants have, directly or indirectly, made use of instrumentalities, including motor vehicles, goods and mails, of interstate commerce with the transactions, acts, practices and courses of business alleged in this Complaint.

# EXHIBIT 3

# VEHICLE WITH DOT MOTOR CARRIER NUMBER



**EXHIBIT 4 – COMPLAINT EXCERPT**

21.     The Company provides high-end landscaping services to residential and commercial clients in Westchester, NY and Fairfield, CT.

# EXHIBIT 5

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| NEPAMUCENO GALVAN | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 23-CV-06724 (CS) |
| ROLLING LAWNS, INC., et al., | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Robert [LAST NAME REDACTED}
79 Byram Shore Road, Greenwich, CT 06830

*(Name of person to whom this subpoena is directed)*

☑ Testimony: YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters: See Exhibit A, attached

| Place: Kalmanson Cohen, PLLC<br>One Liberty Plaza<br>165 Broadway, 23rd Floor<br>New York, NY 10006 | Date and Time:<br>August 22, 2024 at 10:00 a.m. |
|---|---|

The deposition will be recorded by this method:  stenographic means over video (zoom)

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Exhibit A, attached

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  July 11, 2024

| CLERK OF COURT | OR | s/ Randi Cohen |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Galvan
who issues or requests this subpoena, are:
Randi Cohen, Kalmanson Cohen, PLLC, One Liberty Plaza, 165 Broadway, 23rd Floor, New York, NY 10006

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# EXHIBIT 6 – PLAINTIFF'S INTERROGATORY RESPONSE

**RESPONSE**:  Plaintiff objects to the extent that his information is in possession of Defendants. Subject to and without waiving the foregoing objections, Plaintiff responds that to the best of his recollection, he received cash from David Ferraro on a weekly basis every year since 2019. The amount of cash increased each year and is believed to have been approximately $800 per week in 2022 and 2023.