# EXHIBIT A

From: "Randi Cohen" <randi@kalmansoncohen.com>
Subject: Re: 3 subpoenas - Galvan
Date: May 15, 2025 at 12:26:32 PM EDT

To: "Steven Moser" <steven.moser@moserlawfirm.com>, "Joni Kletter" <joni@kalmansoncohen.com>, "Shirley Navarro-Losito" <shirleylosito@moserlawfirm.com>
Cc: "Kimberly Kalmanson"

Steve:

Our instructions are to advise the court of the current status, which is what we have done. We outlined what we have accomplished and what remains in dispute. Please insert your position on what remains outstanding or we will inform the Judge that you declined to participate in the formulation of a joint letter.

**Randi M. Cohen** | Partner
Kalmanson Cohen PLLC
165 Broadway, 23rd Floor
New York, NY 10006
T: 631 806 3762 | F: 646 513 2936
httt1:Uwww.kalmansoncohen.com



**From:** Steven Moser <steven.moser@moserlawfirm.com>
**Sent:** Thursday, May 15, 2025 12:24 PM
**To:** Joni Kletter <joni@kalmansoncohen.com>; Shirley Navarro-Losito <shirleylosito@moserlawfirm.com>
**Cc:** Randi Cohen <randi@kalmansoncohen.com>; Kimberly Kalmanson <kim@kalmansoncohen.com>
**Subject:** RE: 3 subpoenas - Galvan

Joni

This is not a status report. It's a motion. Please provide a status report.

Steve

Steven J. Moser
**Managing Attorney, Moser Law Firm, PC**