## MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

August 25, 2025

**VIA ECF**



Hon. Victoria Reznik, USMJ
United States District Court for
the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Galvan v. Rolling Lawns, Inc. et al.*, Case No. 7:23-cv-06724(CS)(VR)

Dear Judge Reznik:

I represent the Defendants in the above reference action. I write, together with counsel for Plaintiff to respectfully request a final three-week extension for the submission of pre-motion letters.

The Court has graciously granted several extensions of the deadline to submit pre-motion letters. The current deadline for submission of pre-motion letters and a proposed schedule for completion of discovery is today.

The parties have made some progress in settlement negotiations. However, my client has been in Italy since last week, limiting client communications. Therefore, the parties respectfully request a final extension to September 15, 2025 in the hopes that further Court intervention will be unnecessary or limited in scope.

CC:   To all Counsel of Record (Via ECF)

Respectfully submitted,

*Steven J. Moser*
Steven J. Moser

The parties' request is **GRANTED**. By no later than **September 15, 2025**, the parties are directed either to submit (1) pre-motion letters raising any outstanding discovery disputes or (2) a new joint status letter updating the Court on the status of discovery, the parties' settlement negotiations, and proposed revised discovery deadlines to complete all discovery.

The Clerk of Court is kindly directed to close out the gavel associated with ECF No. 123.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 8/26/2025