

**Randi M. Cohen**
PARTNER

c  (631) 806-3762
f  (646) 513-2936
e  randi@kalmansoncohen.com

September 8, 2025

**VIA ECF**

Hon. Victoria Reznik, USMJ
United States District Court for
the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

> All deadlines are paused until 10/8/25 and will remain so if the application for approval under Cheeks is submitted by that date. The parties have the option of consenting to MJ Reznik for all purposes if they would prefer her to review the settlement.
>
> SO ORDERED.
>
> /s/ Cathy Seibel   9/9/25
> CATHY SEIBEL, U.S.D.J.

Re: *Galvan v. Rolling Lawns, Inc. et al.*, Case No. 7:23-cv-06724(CS)(VR)

Dear Judge Reznik:

We are counsel to the Plaintiff in the above-captioned action. We write, together with counsel for Defendants, to inform the Court that we have reached a settlement in principle. Given travel schedules, we anticipate finalizing the settlement before October 1, 2025. As such, we respectfully request that the Court hold all deadlines in abeyance pending the finalization of the settlement. Once we have a fully executed settlement agreement, we will furnish a status report to the Court along with an anticipated date for the *Cheeks* motion. We thank the Court for helping the parties reach a settlement in this matter.

Respectfully yours,

**/s/ Randi M. Cohen**

**/s/ Steven Moser**

cc: all counsel of record (via ECF)