| Type | Date | Hours | Description | User |
|---|---|---|---|---|
| TimeEntry | 6/14/2023 | 0.3 | Call with client. | Kimberly Kalmanson |
| TimeEntry | 6/14/2023 | 0.3 | client call | Randi Cohen |
| TimeEntry | 7/11/2023 | 1.7 | Began drafting Complaint; reviewed statutory laws, re: Wage and Hour violations, Age Discrimination and Unlawful Termination. | Joni Kletter |
| TimeEntry | 7/12/2023 | 1.5 | Continued drafting complaint. Call with client to go over facts of case. | Joni Kletter |
| TimeEntry | 7/14/2023 | 0.5 | client call | Randi Cohen |
| TimeEntry | 7/14/2023 | 2 | Continued drafting complaint; conducted legal research around workers comp. Emails and calls with client and R. Cohen. | Joni Kletter |
| TimeEntry | 7/17/2023 | 1.5 | Finalized first draft of complaint; sent to R. Cohen | Joni Kletter |
| TimeEntry | 7/19/2023 | 1.1 | Review/Revise complaint | Randi Cohen |
| TimeEntry | 7/19/2023 | 1.5 | Reviewed and supplemented edits to Kalmanson and Cohen's edits. Calls with Wendy Galvan to clarify facts and amend Complaint. | Joni Kletter |
| TimeEntry | 7/19/2023 | 2.3 | Review and edit complaint. | Kimberly Kalmanson |
| TimeEntry | 7/20/2023 | 2.3 | research re: tax protections for improper payment (NYLL and FLSA) | Elizabeth Jackson |
| TimeEntry | 7/20/2023 | 3.1 | research re: overtime eligibility requirements (FLSA and NYLL); minimum pay rate for overtime exemption (FLSA and NYLL); emailed to RC, KK, and JK | Elizabeth Jackson |
| TimeEntry | 7/25/2023 | 0.1 | email research and draft complaint to RC, KK, and JK | Elizabeth Jackson |
| TimeEntry | 7/25/2023 | 0.8 | draft two claims for relief in complaint (failure to provide wage notice and failure to furnish wage statements under NYLL) | Elizabeth Jackson |
| TimeEntry | 7/25/2023 | 2.2 | Researched FLSA recordkeeping requirements; finished 2nd round of edits on Galvan complaint; added additional claims and facts. | Joni Kletter |
| TimeEntry | 7/25/2023 | 2.4 | research re: pleading requirements for overtime claims (FLSA and NYLL) | Elizabeth Jackson |
| TimeEntry | 7/26/2023 | 1.3 | Review and edit complaint. | Kimberly Kalmanson |
| TimeEntry | 7/26/2023 | 2.5 | Added claims to complaint, including disability and failure to accommodate. Emails with Kalmanson and Cohen to finalize complaint. | Joni Kletter |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 7/31/2023 | 0.8 | Reviewed final draft of complaint; drafted civil cover sheet and summonses. | Joni Kletter |
| TimeEntry | 8/1/2023 | 1.8 | Drafted summonses, finalized civil cover sheet and notice of appearance; filed complaint.  Resolved issues with court. | Joni Kletter |
| TimeEntry | 8/2/2023 | 0.2 | Arrange for service of complaint. | Kimberly Kalmanson |
| TimeEntry | 8/2/2023 | 0.6 | Prepared papers for service of summons. Discussions with KK and RC. | Joni Kletter |
| TimeEntry | 8/9/2023 | 0.5 | Emails with RC, re: letter from opposing counsel. Researched background of Steve Moser. | Joni Kletter |
| TimeEntry | 8/9/2023 | 0.5 | team emails re: adversary | Randi Cohen |
| TimeEntry | 8/14/2023 | 0.5 | Call with client; update on status. | Joni Kletter |
| TimeEntry | 10/4/2023 | 0.2 | checked Judge's rules for deadline to respond to pre-motion conference request for MTD; emailed RC, KK, JK | Elizabeth Jackson |
| TimeEntry | 10/4/2023 | 0.4 | Reviewed motion to dismiss letter to the court. | Joni Kletter |
| TimeEntry | 10/9/2023 | 5.5 | research and drafting P's letter in response to Ds' pre-conference motion letter | Elizabeth Jackson |
| TimeEntry | 10/10/2023 | 0.5 | Talked through reply letter with E. Jackson; sent her background on the ADA/disability law. | Joni Kletter |
| TimeEntry | 10/10/2023 | 5 | research and drafting re: response letter to defendants' PMC letter; emailed to KK, RC, and JK | Elizabeth Jackson |
| TimeEntry | 10/11/2023 | 1 | Edited EJ's letter to court re: opposing motion to dismiss.  DIscussed with KK. | Joni Kletter |
| TimeEntry | 10/12/2023 | 0.5 | review/revise PMC letter | Randi Cohen |
| TimeEntry | 10/12/2023 | 0.9 | revised PMC letter per JK's notes; emailed to RC, JK, KK | Elizabeth Jackson |
| TimeEntry | 10/17/2023 | 0.5 | revised Galvan letter per KK and RC edits; emailed to RC, KK, and JK | Elizabeth Jackson |
| TimeEntry | 10/17/2023 | 0.5 | Reviewed final draft of 3 page letter, re: opposing motion to dismiss. Emailed edits to EJ. | Joni Kletter |
| TimeEntry | 11/8/2023 | 1 | Court conference, client call re: same | Randi Cohen |
| TimeEntry | 11/8/2023 | 1.1 | Prepped for court conference; court conference held.  Call with Wendy Galvan. | Joni Kletter |
| TimeEntry | 11/20/2023 | 0.5 | Mediator assigned. Reviewed mediator's rules and set up time for mediator conf. call. | Joni Kletter |
| TimeEntry | 11/30/2023 | 1 | Mediator conference and emails re: same | Randi Cohen |
| TimeEntry | 11/30/2023 | 1.1 | Call with the mediator; drafted a list of discovery requests in advance of the mediation. Emails back and forth around dates/structure of the mediation. | Joni Kletter |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 12/4/2023 | 0.5 | Finalized demand of docs needed for arbitration; emails with Steve Moser. | Joni Kletter |
| TimeEntry | 12/6/2023 | 0.3 | Emails with arbitrator and opposing counsel, re: scheduling arbitration and structure of arb. | Joni Kletter |
| TimeEntry | 12/18/2023 | 0.6 | Discussions around stipulating to dismissal of the recordkeeping claims. | Joni Kletter |
| TimeEntry | 12/18/2023 | 2 | research re: validity of defendants' arguments for moving to dismiss recordkeeping and wage notice/statement claims. Emailed research and suggestions on how to proceed to RC, JK, KK | Elizabeth Jackson |
| TimeEntry | 12/19/2023 | 2.9 | follow-up research re: whether P has a viable 195(1) failure to provide wage notice claim; emailed to RC, JK, KK | Elizabeth Jackson |
| TimeEntry | 12/28/2023 | 0.1 | call with RC re: mediation statement and MTD | Elizabeth Jackson |
| TimeEntry | 12/29/2023 | 1 | research re: opposing counsel's wage notice and statement arguments | Elizabeth Jackson |
| TimeEntry | 12/29/2023 | 1.4 | Review/revise draft mediation statement and research | Randi Cohen |
| TimeEntry | 12/29/2023 | 2 | research for mediation statement re: attorneys fees and damages | Elizabeth Jackson |
| TimeEntry | 1/4/2024 | 1.3 | Review and edit draft of mediation statement. | Kimberly Kalmanson |
| TimeEntry | 1/8/2024 | 2.3 | Edited and finalized mediation statement; damages calculations. | Joni Kletter |
| TimeEntry | 1/9/2024 | 0.4 | Calls with mediator and RC around mediation dates and strategy. | Joni Kletter |
| TimeEntry | 1/9/2024 | 0.4 | Call w/ mediator | Randi Cohen |
| TimeEntry | 1/9/2024 | 2.8 | Drafted and finalized opposition brief to partial motion to dismiss. Sent draft to RC and KK. | Joni Kletter |
| TimeEntry | 1/10/2024 | 0.5 | Strategy discussion and emails with mediator around timing for mediation. | Joni Kletter |
| TimeEntry | 1/11/2024 | 1.2 | Follow up research on 195.  Discussions with KK and RC around strategy with respect to opposition motion. | Joni Kletter |
| TimeEntry | 1/11/2024 | 1.7 | Team conference re: MTD, review/revise motion | Randi Cohen |
| TimeEntry | 1/11/2024 | 3.1 | Review and edit opposition to motion to dismiss. Research re: 195(3).  Strategize with J. Kletter re: same. | Kimberly Kalmanson |
| TimeEntry | 1/16/2024 | 0.2 | Review stip.  strategize with RC re motion, | Kimberly Kalmanson |

| TimeEntry | 1/16/2024 | 0.5 | Follow up phone calls and research for KK with respect to consideration needed when amending an employment agreement. | Joni Kletter |
|---|---|---|---|---|
| TimeEntry | 1/16/2024 | 0.7 | Drafted stipulation of settlement with respect to partial motion to dismiss. Circulated draft. | Joni Kletter |
| TimeEntry | 1/17/2024 | 0.3 | Emails to S. Moser, re: stip. | Joni Kletter |
| TimeEntry | 1/19/2024 | 0.4 | looked into how to file stipulation to withdraw MTD on SDNY ECF; emailed to RC, KK, JK | Elizabeth Jackson |
| TimeEntry | 1/19/2024 | 0.6 | Revise opposition to motion to dismiss. Strategize with R. Cohen re: same. | Kimberly Kalmanson |
| TimeEntry | 1/19/2024 | 0.6 | looked into whether Rule 11 sanctions motion needed to be filed separately from opposition to MTD; emailed KK, RC, JK draft of opposition MOL and questions re: sanctions motion and drafting affirmation | Elizabeth Jackson |
| TimeEntry | 1/19/2024 | 0.9 | proofread and added cites to Opp Mem to Ds' Limited MTD. | Elizabeth Jackson |
| TimeEntry | 1/29/2024 | 1.1 | review JK/EJ prep work | Randi Cohen |
| TimeEntry | 1/29/2024 | 1.8 | research re: rules for requesting scheduling/case management conference, drafted letter to request conference, emailed to KK, RC, JK | Elizabeth Jackson |
| TimeEntry | 1/30/2024 | 0.2 | emailed KK, JK, RC follow-up research on FRCP scheduling conference rules | Elizabeth Jackson |
| TimeEntry | 1/30/2024 | 0.4 | Review and edit letter to Court. Strategize with team re: same. | Kimberly Kalmanson |
| TimeEntry | 1/30/2024 | 0.4 | Edited letter to court; sent to Moser. | Joni Kletter |
| TimeEntry | 2/6/2024 | 0.3 | drafted NOAs for me, KK; emailed to KK | Elizabeth Jackson |
| TimeEntry | 2/19/2024 | 1.7 | did comparison of Answer to Complaint; emailed my comparison to RC, KK, JK | Elizabeth Jackson |
| TimeEntry | 2/26/2024 | 0.2 | Strategize re: jurisdictional question. | Kimberly Kalmanson |
| TimeEntry | 2/26/2024 | 0.9 | Research review, conference re: same | Randi Cohen |
| TimeEntry | 2/26/2024 | 1.8 | Legal research around pleading standards for FLSA and NYHRL; send research to KK and RC and discussed case law. | Joni Kletter |
| TimeEntry | 3/4/2024 | 1.1 | Drafted damages chart, re: NYSHRL; conversations with KK around FLSA damages and interest. | Joni Kletter |
| TimeEntry | 3/5/2024 | 0.4 | Follow up discussion with RC about damages and mediation statement. | Joni Kletter |
| TimeEntry | 3/5/2024 | 0.5 | Conference JK re: damages | Randi Cohen |
| TimeEntry | 3/6/2024 | 1.5 | Follow up research on punitive damages, front pay and emotional distress damages. | Joni Kletter |

| TimeEntry | 3/13/2024 | 2.2 | re-drafted mediation statement. | Joni Kletter |
|---|---|---|---|---|
| TimeEntry | 3/14/2024 | 0.7 | Final edits to Galvan mediation statement; sent to RC. | Joni Kletter |
| TimeEntry | 3/14/2024 | 1.1 | Review/revise mediation statement | Randi Cohen |
| TimeEntry | 3/15/2024 | 0.3 | Made final changes to Galvan mediation statement. | Joni Kletter |
| TimeEntry | 3/20/2024 | 0.4 | Reviewed Def's mediation statement. | Joni Kletter |
| TimeEntry | 3/25/2024 | 0.2 | Reviewed legal research memo, re: FLSA claims. | Joni Kletter |
| TimeEntry | 3/25/2024 | 2.3 | Prepare for mediation | Randi Cohen |
| TimeEntry | 3/25/2024 | 3.8 | Revise damages memo and spreadsheet. Review complaint, pre-mediation submissions, and additional research on FLSA claims.  Prepare for mediation. | Kimberly Kalmanson |
| TimeEntry | 3/26/2024 | 4.5 | Mediation with Fred Perkins. | Joni Kletter |
| TimeEntry | 3/26/2024 | 5.1 | Participate in mediation. | Kimberly Kalmanson |
| TimeEntry | 3/26/2024 | 5.1 | Mediation with Fred Perkins. | Randi Cohen |
| TimeEntry | 4/18/2024 | 0.3 | Review CMP.  Call with S. Moser re: CMP. | Kimberly Kalmanson |
| TimeEntry | 4/18/2024 | 1.5 | Drafted case management plan and initial disclosures. | Joni Kletter |
| TimeEntry | 4/30/2024 | 0.6 | Court conference with Judge Seibel; entered dates into calendar. | Joni Kletter |
| TimeEntry | 5/2/2024 | 0.5 | Phone call with W. Galvan; continued to edit initial disclosures. | Joni Kletter |
| TimeEntry | 5/9/2024 | 0.3 | preliminary review Initial Disclosures | Randi Cohen |
| TimeEntry | 5/9/2024 | 0.8 | Finalized and sent Initial Disclosures to RC. | Joni Kletter |
| TimeEntry | 5/13/2024 | 1.2 | Review and edit Initial Disclosures. | Kimberly Kalmanson |
| TimeEntry | 5/14/2024 | 1.2 | Began drafting doc. requests. | Joni Kletter |
| TimeEntry | 5/21/2024 | 1.6 | Drafted and filed Galvan Confidentiality Stip; drafted Galvan doc requests. | Joni Kletter |
| TimeEntry | 5/22/2024 | 0.8 | Continued drafting document requests. | Joni Kletter |
| TimeEntry | 5/23/2024 | 0.5 | review/revise email to adversary | Randi Cohen |
| TimeEntry | 5/23/2024 | 0.9 | Crafted new damages email to Moser and reviewed previous damages calculations for purposes of fixing the discrepancy.  Sent email to Moser; phone calls with KK. | Joni Kletter |
| TimeEntry | 5/28/2024 | 4.5 | Drafted and finalized document requests and interrogatory requests and sent first drafts to KK and RC.  Phone call with mediator.  Reviewed fed and local rules. | Joni Kletter |
| TimeEntry | 5/29/2024 | 1.4 | Review/revise discovery demands | Randi Cohen |

| TimeEntry | 5/29/2024 | 3.2 | Review and edit document requests. | Kimberly Kalmanson |
|---|---|---|---|---|
| TimeEntry | 5/30/2024 | 0.5 | Finalized Interrog and Doc requests. Made KK and RC edits. | Joni Kletter |
| TimeEntry | 5/31/2024 | 0.3 | Sent doc production; reviewed Defs' requests. | Joni Kletter |
| TimeEntry | 6/3/2024 | 0.5 | Started organizing and collecting Galvan documents/information or production. | Joni Kletter |
| | 6/4/2024 | 0.7 | Discovery review | Randi Cohen |
| TimeEntry | 6/4/2024 | 0.8 | Began drafting Interrogatory responses. | Joni Kletter |
| TimeEntry | 6/5/2024 | 0.7 | Client call re: discovery | Randi Cohen |
| TimeEntry | 6/5/2024 | 1.5 | Phone call with W. Galvan; continued drafting answers to interrogatories. | Joni Kletter |
| TimeEntry | 6/6/2024 | 0.8 | Review draft letter, mediation emails | Randi Cohen |
| TimeEntry | 6/6/2024 | 1.2 | Reviewed Seibel's order; drafted mediation letter to court; emails with Fred Perkins and Defs' counsel. | Joni Kletter |
| TimeEntry | 6/11/2024 | 0.6 | Phone call and emails with W. Galvan, re: clients. | Joni Kletter |
| TimeEntry | 6/17/2024 | 1.5 | Began drafting responses to doc requests. | Joni Kletter |
| TimeEntry | 6/20/2024 | 1.2 | Continued drafting interrogatory responses and document responses. Reviewed production from client. Organized docs. | Joni Kletter |
| TimeEntry | 6/21/2024 | 0.3 | Finalized first draft of Document Responses. | Joni Kletter |
| TimeEntry | 6/25/2024 | 2.2 | Finalized first draft of Galvan doc responses and sent to RC and KK. Legal research regarding whether travel records, cellphone records and retainers need to be produced in discovery. | Joni Kletter |
| TimeEntry | 6/26/2024 | 1 | client call | Randi Cohen |
| TimeEntry | 6/26/2024 | 2.2 | Phone call with client; continued finalizing responses and coordinating document production. | Joni Kletter |
| TimeEntry | 6/27/2024 | 0.7 | Prepare bate stamping for production. | KalCo Assistant |
| TimeEntry | 6/27/2024 | 1 | Discovery review | Randi Cohen |
| TimeEntry | 6/27/2024 | 1.4 | Review R&O to document requests. Review documents for production. | Kimberly Kalmanson |
| TimeEntry | 6/27/2024 | 4.5 | Final edits to doc responses with KK edits; oversaw bate stamping of documents. | Joni Kletter |
| TimeEntry | 6/28/2024 | 0.9 | Review/revised interrogatories | Randi Cohen |
| TimeEntry | 6/28/2024 | 3.5 | Finalized Interrogatories; calls and emails with W. Galvan to get information needed; sent final version to RC. | Joni Kletter |
| TimeEntry | 7/8/2024 | 0.4 | Review and edit interrogatories. Strategize with R. Cohen re: same. | Kimberly Kalmanson |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 7/8/2024 | 1.2 | Finalized and served interrogatories; added exhibits and made final edits to responses. | Joni Kletter |
| TimeEntry | 7/9/2024 | 0.1 | converted subpoena and exhibit into PDF; emailed to JK | Elizabeth Jackson |
| TimeEntry | 7/9/2024 | 1.4 | Drafted subpoenas; sent drafts to KK and RC. | Joni Kletter |
| TimeEntry | 7/10/2024 | 0.2 | Review proposed response to deficiency notice. | Kimberly Kalmanson |
| TimeEntry | 7/10/2024 | 1.2 | Review/revise draft letter | Randi Cohen |
| TimeEntry | 7/10/2024 | 3.8 | Legal research around Defs' interrogatory objections.  Drafted response letter, re: Defs' objections and supplemented responses; sent draft to RC and KK.  Calls with KK and RC.  Reviewed Defs.' document production and discussed deficiency letter. | Joni Kletter |
| TimeEntry | 7/11/2024 | 0.3 | Confer with S. Moser; download production and produce to RC, JK, and KK. | KalCo Assistant |
| TimeEntry | 7/11/2024 | 0.4 | converted subpoenas into PDFs; emailed to JK | Elizabeth Jackson |
| TimeEntry | 7/11/2024 | 4.7 | Reviewed Moser's letter, re: Pl's deficiencies in doc production and drafted response letter. Emails, calls and texts with client.  Legal research around boilerplate objections. Finalized and sent subpoenas. | Joni Kletter |
| TimeEntry | 7/12/2024 | 1.4 | Calls and emails re: deficiency notice, response to deficiency notices, supplemental interrogatories, subpoenas and HIPPA form.  Reivew and edit same. | Kimberly Kalmanson |
| TimeEntry | 7/12/2024 | 1.4 | review/revise deficiency letter, conference re: strategy | Randi Cohen |
| TimeEntry | 7/12/2024 | 4.5 | Drafted and finalized deficiency letter to Moser; drafted and finalized a supplemental interrogatory response; and finalized a letter to Moser with regard to our production.  Calls and emails with client. | Joni Kletter |
| TimeEntry | 7/15/2024 | 2.5 | HV: Research rules of the court, law regarding challenging third party subpoenas,TROs and standing; draft response letter to Defendants' July 15 letter-motion to the court. | Elizabeth Jackson |
| TimeEntry | 7/16/2024 | 0.3 | Draft Notice of Appearance; confer with KK regarding same. | KalCo Assistant |
| TimeEntry | 7/16/2024 | 1.5 | HV: Draft response letter, continue research and send draft to attorneys. | Elizabeth Jackson |
| TimeEntry | 7/17/2024 | 0.8 | Draft opposition to letter motion to compel. | Kimberly Kalmanson |
| TimeEntry | 7/17/2024 | 0.9 | Research review, conference strategy | Randi Cohen |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 7/17/2024 | 3 | HV: Review and edit letter to the court regarding discovery dispute; review court rules, case law relating to challenging RFD and Interrogatories; send draft to attorneys and discuss strategy; draft timeline of communications for review. | Elizabeth Jackson |
| TimeEntry | 7/23/2024 | 0.8 | Outlined Defs' outstanding interrog and doc requests for KK; and highlighted docs that Plaintiff is still seeking, in advance of call. Sent doc to KK. | Joni Kletter |
| TimeEntry | 7/24/2024 | 0.3 | Reviewed Moser's memo of law with respect to quashing subpoenas. Texts with KK and RC. | Joni Kletter |
| TimeEntry | 7/25/2024 | 1.1 | prep call with RC and KK for meet and confer with Moser; call with Moser held. | Joni Kletter |
| TimeEntry | 7/25/2024 | 1.6 | Review Moser letter, conference JK re: strategy | Randi Cohen |
| TimeEntry | 7/26/2024 | 0.8 | review/revise draft letter | Randi Cohen |
| TimeEntry | 7/26/2024 | 1.3 | Drafted and helped finalize email to S. Moser on meet and confer. Legal research around redactions for relevancy. | Joni Kletter |
| TimeEntry | 7/26/2024 | 1.6 | Draft recap and response letter re: meet and confer. Review and edit. Research for same. Send to adversary. | Kimberly Kalmanson |
| TimeEntry | 7/29/2024 | 0.5 | Strategy conference | Randi Cohen |
| TimeEntry | 7/29/2024 | 0.5 | Reviewed Defs.' letter motion for pre-motion conference. Began to strategize on response. | Joni Kletter |
| TimeEntry | 7/30/2024 | 0.8 | review/revise letter | Randi Cohen |
| TimeEntry | 7/30/2024 | 1.5 | AW: Calls with Kuhns (initial & followup); Email responses to Kuhns | Elizabeth Jackson |
| TimeEntry | 7/30/2024 | 2.2 | Began drafting response letter to court in opposition to Defs.' letter motion, re: document deficiency. Sent to KK and RC. | Joni Kletter |
| TimeEntry | 7/30/2024 | 6.5 | AW: Galvan opp to motion to quash | Elizabeth Jackson |
| TimeEntry | 7/31/2024 | 3.5 | Finalized letter response in Galvan; prepared exhibits. Added case law. | Joni Kletter |
| TimeEntry | 8/1/2024 | 0.5 | Final review and discussion of edits on letter response brief to J. Reznik. | Joni Kletter |
| TimeEntry | 8/1/2024 | 4 | AW: Galvan additional research / opp to mtn to quash | Elizabeth Jackson |
| TimeEntry | 8/1/2024 | 5.1 | Review and edit motion to quash and letters to court. | Kimberly Kalmanson |
| TimeEntry | 8/2/2024 | 1.2 | Review and edit motion to quash. | Kimberly Kalmanson |
| TimeEntry | 8/2/2024 | 2.5 | Finalized and sent 2nd supplemental responses to Interrogs. Edited and helped finalized opposition motion to quash subpoenas. | Joni Kletter |

| TimeEntry | 8/5/2024 | 1.6 | Drafted response letter to Defs. with respect to their deficiency letter to Pl, re: customer information. | Joni Kletter |
|---|---|---|---|---|
| TimeEntry | 8/5/2024 | 3 | AW: Galvan mtn - Cohen dec; Galvan mtn - Finalize brief | Elizabeth Jackson |
| TimeEntry | 8/6/2024 | 0.6 | Edited RC Declaration, re: motion to quash. | Joni Kletter |
| TimeEntry | 8/6/2024 | 1.1 | Review Cohen Dec. for MTQ Opposition.  Strategize with team re: depositions. | Kimberly Kalmanson |
| TimeEntry | 8/6/2024 | 2 | review/revise MTQ papers | Randi Cohen |
| TimeEntry | 8/7/2024 | 0.8 | Helped finalize declaration and brief on subpoenas.  Reviewed Moser reply letter to court and letter to us, re: interrogatories. | Joni Kletter |
| TimeEntry | 8/7/2024 | 1.8 | Prepare TOC and TOA for MOL and prepare exhibits for submission. | KalCo Assistant |
| TimeEntry | 8/8/2024 | 0.1 | emailed JK previous research on sufficiently pleading FLSA and NYLL claims | Elizabeth Jackson |
| TimeEntry | 8/8/2024 | 1.3 | Strategized on case; Drafted and sent email response to his letters. Legal research around affirmative obligation to produce ESI. | Joni Kletter |
| TimeEntry | 8/9/2024 | 0.7 | Call with Moser, re: meet and confer. Exchanged emails with Moser. | Joni Kletter |
| TimeEntry | 8/13/2024 | 0.7 | Discussed case with KK/RR, prepared for upcoming conference and edited email to Moser, re: outstanding issues. | Joni Kletter |
| TimeEntry | 8/14/2024 | 2 | prepare for an attend court conference | Randi Cohen |
| TimeEntry | 8/14/2024 | 2.2 | Prepare for and attend court conference. | Kimberly Kalmanson |
| TimeEntry | 8/14/2024 | 2.5 | Prepared for and participated in court conference with Judge Reznik and opposing counsel.  Phone calls and prep emails with KK. | Joni Kletter |
| TimeEntry | 8/15/2024 | 1.8 | Found and sent emails to non-parties who were subpoenaed, re: depos/documents needed.  Legal research around confidentiality stips; drafted email to Moser. | Joni Kletter |
| TimeEntry | 8/16/2024 | 1.5 | Finalized email to Moser, re: subpoena; finalized and sent letter to Moser, re: Reznik's order regarding w/holding documents.  Reviewed and discussed Ettenger emails, re: subpoena. | Joni Kletter |
| TimeEntry | 8/21/2024 | 1.4 | Review second set of doc requests/ ESI protocol. Emails and calls with team re: same. | Kimberly Kalmanson |
| TimeEntry | 8/21/2024 | 1.5 | Drafted and edited Supplemental Document requests for non-parties.  Phone calls with KK, re: responding to Moser's follow up emails. | Joni Kletter |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 8/22/2024 | 0.3 | Review files.  Strategize with J. Kletter re: same. | Kimberly Kalmanson |
| TimeEntry | 8/22/2024 | 1.2 | Drafted and sent email to Moser, re: Reznik's Order, ESI protocol and search terms.  Calls with KK. | Joni Kletter |
| TimeEntry | 8/28/2024 | 0.4 | Discussed case with RC.  Emails to Moser, re: meet and confer/discovery and emails with Wendy, re: Moser requests. | Joni Kletter |
| TimeEntry | 8/28/2024 | 0.5 | Conference KK re: Strategy | Randi Cohen |
| TimeEntry | 8/29/2024 | 0.7 | Prepare for and attend court call. | Kimberly Kalmanson |
| TimeEntry | 9/3/2024 | 0.5 | Calls with client and J. Kletter re: discovery issues/ searches/ third party subpoenas. | Kimberly Kalmanson |
| TimeEntry | 9/4/2024 | 2.4 | Sent HIPAA release forms; emails with W. Galvan; prepped for court call; court conference held; follow up emails with Moser, re: subpoenas.  Discussions with RC and KK. | Joni Kletter |
| TimeEntry | 9/5/2024 | 1.2 | Drafted updated CMP plan and deficiency letter to Moser. | Joni Kletter |
| TimeEntry | 9/6/2024 | 0.8 | Finalized letter, re: ESI and sent Wolff documents to Moser. | Joni Kletter |
| TimeEntry | 9/9/2024 | 0.3 | Emails with Moser, re: meet and confer.  Emails with RC. | Joni Kletter |
| TimeEntry | 9/12/2024 | 1.5 | Meet and confer call held with Moser; prep call with KK. Drafted letter to court with revised CMP and status update.  Sent draft letter to KK and RC. | Joni Kletter |
| TimeEntry | 9/13/2024 | 0.2 | Review letter to Court. | Kimberly Kalmanson |
| TimeEntry | 9/13/2024 | 0.2 | Finalized letter to court; sent draft to Moser. | Joni Kletter |
| TimeEntry | 9/17/2024 | 0.5 | Strategized with KK, re: OT.  Emails and texts with Wendy, re: witnesses and mediation. | Joni Kletter |
| TimeEntry | 9/18/2024 | 0.7 | Finalized joint letter and supplemental CMP; filed with court. | Joni Kletter |
| TimeEntry | 9/19/2024 | 0.5 | Conference JK & KK re: strategy | Randi Cohen |
| TimeEntry | 9/19/2024 | 0.6 | Emails with Moser, re: ESI discovery.  Strategy calls with RC and KK. | Joni Kletter |
| TimeEntry | 9/23/2024 | 0.3 | Review and edit pre-motion conference letter re: Motion to compel ESI. | Kimberly Kalmanson |
| TimeEntry | 9/23/2024 | 0.3 | call w/ client, conference KK | Randi Cohen |
| TimeEntry | 9/23/2024 | 0.6 | review/revise draft letter | Randi Cohen |
| TimeEntry | 9/23/2024 | 1.2 | Drafted pre-motion conference letter to court, re: failure to provide ESI. | Joni Kletter |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 9/25/2024 | 0.3 | Conference with Court - call with client re: same. | Kimberly Kalmanson |
| TimeEntry | 9/25/2024 | 1.1 | Court conference and calls with KK/RC to strategize on next steps. Call with client. | Joni Kletter |
| TimeEntry | 9/27/2024 | 0.2 | Reviewed the UI files sent by Moser. | Joni Kletter |
| TimeEntry | 10/7/2024 | 0.3 | Revise letter to Judge Reznik re: ESI. | Kimberly Kalmanson |
| TimeEntry | 10/7/2024 | 0.7 | review/revise draft letter | Randi Cohen |
| TimeEntry | 10/7/2024 | 1.7 | Drafted letter to judge; finalized letter, re: status update and lack of ESI. | Joni Kletter |
| TimeEntry | 10/8/2024 | 0.8 | Drafted response letter to Moser's response, re: confidentiality order. | Joni Kletter |
| TimeEntry | 10/15/2024 | 0.3 | Reviewed revised stip. | Joni Kletter |
| TimeEntry | 10/16/2024 | 0.3 | Strategize with team re: Court Orders. | Kimberly Kalmanson |
| TimeEntry | 10/17/2024 | 0.3 | Call with mediator, re: legal fees. | Joni Kletter |
| TimeEntry | 10/22/2024 | 0.5 | Began reviewing doc production | Joni Kletter |
| TimeEntry | 10/23/2024 | 1.8 | preliminary review defendants production | Randi Cohen |
| TimeEntry | 10/23/2024 | 3.2 | Reviewed document production from opposing counsel. | Joni Kletter |
| TimeEntry | 10/24/2024 | 1.7 | Letter to Moser. | Kimberly Kalmanson |
| TimeEntry | 10/24/2024 | 3.8 | Finished document review; drafted deficiency letter to Moser. | Joni Kletter |
| TimeEntry | 10/25/2024 | 1.2 | Edited and finalized deficiency letter; drafted interrogatories. | Joni Kletter |
| TimeEntry | 10/29/2024 | 1.2 | Drafted spoliation/sanctions motion for J. Reznik. Sent to RC and KK. | Joni Kletter |
| TimeEntry | 10/30/2024 | 0.5 | review/revise motion | Randi Cohen |
| TimeEntry | 11/1/2024 | 0.6 | Review Moser letter and Confidentiality orders. Strategize with team re: same. | Kimberly Kalmanson |
| TimeEntry | 11/4/2024 | 1.8 | Drafted reponse letter to Judge Reznik. Sent draft to KK and RC. | Joni Kletter |
| TimeEntry | 11/5/2024 | 0.7 | Letter to Court re: motion for contemplt. | Kimberly Kalmanson |
| TimeEntry | 11/6/2024 | 0.3 | Review letter. | Kimberly Kalmanson |
| TimeEntry | 11/11/2024 | 3.4 | Conducted document review for confidentiality purposes; drafted letter to Moser, re: re-designating documents; and conducted legal research around whether customer info. is proprietary in FLSA cases. Emails with KK and RC. | Joni Kletter |

| TimeEntry | 11/12/2024 | 0.7 | De-designation letter review and edit. | Kimberly Kalmanson |
|---|---|---|---|---|
| TimeEntry | 11/13/2024 | 0.5 | Emails with Moser and KK, re: meet and confer. | Joni Kletter |
| TimeEntry | 11/13/2024 | 0.7 | Finalize Cheeks papers | Kimberly Kalmanson |
| TimeEntry | 11/14/2024 | 0.5 | Call with adversary re: confidentiality designations. Strategize with team re: same. | Kimberly Kalmanson |
| TimeEntry | 11/14/2024 | 0.5 | conference re: strategy | Randi Cohen |
| TimeEntry | 11/14/2024 | 1.1 | Meet and Confer with opposing counsel; drafted and edited email to counsel.  Calls with KK and RC. | Joni Kletter |
| TimeEntry | 11/15/2024 | 1.5 | research re: burden of challenging confidential designations for discovery; emailed research to KK | Elizabeth Jackson |
| TimeEntry | 11/18/2024 | 0.1 | emailed KK cases re: confidential designations for discovery | Elizabeth Jackson |
| TimeEntry | 11/18/2024 | 0.3 | Edited letter to J. Reznik, re: redesignating documents. | Joni Kletter |
| TimeEntry | 11/18/2024 | 2.1 | Letter to Court re: de-designations. | Kimberly Kalmanson |
| TimeEntry | 11/20/2024 | 0.6 | Review and edit letter to Court.  Strategize with team re: same. | Kimberly Kalmanson |
| TimeEntry | 11/21/2024 | 0.3 | Conference with team.  Emails re: confidentiality designations and medical records. | Kimberly Kalmanson |
| TimeEntry | 11/22/2024 | 0.3 | Edited letter to court, re: designations. | Joni Kletter |
| TimeEntry | 11/22/2024 | 0.4 | Revise letter to Court re: de-designation. | Kimberly Kalmanson |
| TimeEntry | 11/25/2024 | 0.4 | Calls with KK, re: ESI search terms. | Joni Kletter |
| TimeEntry | 11/25/2024 | 1.2 | ESI search terms.  Meet and confer.  Draft letter to Court and confer with adversary re: same.  File same. | Kimberly Kalmanson |
| TimeEntry | 11/26/2024 | 0.5 | Emails with client, re: cell phone; follow up calls with KK to review email to Moser, re: discovery obligations. | Joni Kletter |
| TimeEntry | 12/4/2024 | 0.4 | Drafted and sent application to bring devices into court.  Emails with Wendy, re: authorizations. | Joni Kletter |
| TimeEntry | 12/5/2024 | 1.3 | Draft letter to Court re: adjournment. | Kimberly Kalmanson |
| TimeEntry | 12/6/2024 | 0.1 | per RC, finalized joint adjournment request letter for CMC and filed on PACER | Elizabeth Jackson |
| TimeEntry | 12/6/2024 | 0.2 | Edit letter to Court. | Kimberly Kalmanson |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 12/6/2024 | 0.2 | drafted joint adjournment request letter for CMC; emailed to RC, KK for review | Elizabeth Jackson |
| TimeEntry | 12/6/2024 | 0.2 | revised oint adjournment request letter for CMC; emailed to RC, KK for review | Elizabeth Jackson |
| TimeEntry | 12/11/2024 | 0.8 | Court conference; prep for conference with J. Reznik. | Joni Kletter |
| TimeEntry | 12/12/2024 | 0.5 | prepare comms w/ mediator | Randi Cohen |
| TimeEntry | 12/18/2024 | 0.4 | Emails with mediator. | Kimberly Kalmanson |
| TimeEntry | 12/19/2024 | 0.6 | Review draft email to Fred Perkins. Strategize with team re: same. | Kimberly Kalmanson |
| TimeEntry | 1/3/2025 | 0.3 | Texts with Wendy, Jovani and RC, to set up call. | Joni Kletter |
| TimeEntry | 1/10/2025 | 0.3 | Reviewed Defs.' supplemental production, re: jobber. | Joni Kletter |
| TimeEntry | 1/10/2025 | 0.8 | M. Tepper: Review and redline Dobney Settlement | Kimberly Kalmanson |
| TimeEntry | 1/10/2025 | 2.5 | M. Tepper: Research on FLSA supplemental jurisdiction | Kimberly Kalmanson |
| TimeEntry | 1/13/2025 | 1.5 | Reviewed time records and created timeline for discovery; sent emails to KK and RC | Joni Kletter |
| TimeEntry | 1/14/2025 | 1.5 | Continued drafting opposition brief on partial motion to dismiss. | Joni Kletter |
| TimeEntry | 1/15/2025 | 2.8 | Drafted and finalized opposition letter to court, re: jurisdiction; reviewed and analyzed time records; sent email to adversary.  Calls with RC and KK. | Joni Kletter |
| TimeEntry | 1/16/2025 | 1.8 | Researched legal issues of motor carrier act and tolling of statute of limitations when fed court dismisses for lack of jurisdiction.  Finalized timelines of requests for ESI docs and sent to KK and RC. | Joni Kletter |
| TimeEntry | 1/17/2025 | 0.6 | Court conference and follow up. | Joni Kletter |
| TimeEntry | 1/17/2025 | 0.7 | Court conference. | Kimberly Kalmanson |
| TimeEntry | 1/20/2025 | 1.5 | Edits to Seibel motion letter; legal research around potential sanctions for dilatory motives in making the motion. | Joni Kletter |
| TimeEntry | 1/21/2025 | 0.5 | Review of texts produced by Moser. | Joni Kletter |
| TimeEntry | 1/27/2025 | 0.3 | Review and edit letter brief re: motion to dismiss for subject matter jurisdiction. | Kimberly Kalmanson |
| TimeEntry | 1/27/2025 | 2.2 | Began researching and drafting letter to Reznik, re: cellphone messages from employees. | Joni Kletter |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 1/28/2025 | 2.5 | Continued drafting ESI brief.  Added case law and facts, re: production of ESI from personal emails/phones. | Joni Kletter |
| TimeEntry | 1/29/2025 | 0.7 | Review/revise brief | Randi Cohen |
| TimeEntry | 1/29/2025 | 1.3 | Review and edit brief. | Kimberly Kalmanson |
| TimeEntry | 1/29/2025 | 1.8 | Finalized first draft of ESI brief; sent to KK and RC. Phone calls to discuss additional research and arguments. | Joni Kletter |
| TimeEntry | 1/30/2025 | 1.5 | review/revise brief | Randi Cohen |
| TimeEntry | 1/30/2025 | 3.5 | Finalized 2nd draft of brief; added case law and argument.  Sent to KK and RC | Joni Kletter |
| TimeEntry | 1/31/2025 | 1.5 | Final edits and filing of Galvan brief to Reznik, re: ESI.  Email to Reznik, re: sealing. | Joni Kletter |
| TimeEntry | 2/4/2025 | 1.1 | Pre-motion conference with Judge Seibel. Prepare for same.  Draft and review emails re: settlement. | Kimberly Kalmanson |
| TimeEntry | 3/9/2025 | 2.5 | A. Wanner: MTD opposition research | Kimberly Kalmanson |
| TimeEntry | 3/14/2025 | 6 | A. Wanner: MTD opposition brief | Kimberly Kalmanson |
| TimeEntry | 3/16/2025 | 0.7 | Review and edit opposition brief to jurisdictional motion. | Kimberly Kalmanson |
| TimeEntry | 3/17/2025 | 0.6 | Review and edit opposition to motion to dismiss for lack of subject matter jurisdiction. | Kimberly Kalmanson |
| TimeEntry | 3/17/2025 | 0.8 | Edited brief, re: jurisdiction.  Emails with KK and RC. | Joni Kletter |
| TimeEntry | 3/18/2025 | 1.3 | Review and edit opposition to motion to dismiss. | Kimberly Kalmanson |
| TimeEntry | 4/2/2025 | 1.2 | Reviewed affidavits, prior spoliation motions and judge's rules; call with RC.  Email on strategy. | Joni Kletter |
| TimeEntry | 4/2/2025 | 1.2 | Conference strategy, review docs | Randi Cohen |
| TimeEntry | 4/7/2025 | 0.3 | Strategize with team re: next steps.  Review cell phone authorization documents and deposition notice for Carmen Vazques. | Kimberly Kalmanson |
| TimeEntry | 4/7/2025 | 1.8 | Calls with RC and KK. Reviewed Judge's Orders; drafted declaration and depo notice and sent Moser depo notice and cell phone auth requests. | Joni Kletter |
| TimeEntry | 4/8/2025 | 0.3 | Emails with, re: cell phone authorization and questions around Nepa's cell phone. | Joni Kletter |
| TimeEntry | 4/9/2025 | 0.4 | Shared revised draft of Decl. with client.  Call with client. | Joni Kletter |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 4/10/2025 | 0.4 | Finalized docs and sent email to Moser, re: authorizations and upcoming depositions. | Joni Kletter |
| TimeEntry | 4/17/2025 | 0.7 | Calls with S. Moser and KK; emails with client. | Joni Kletter |
| TimeEntry | 4/22/2025 | 0.3 | Emails to Moser, re: depo dates and other discovery issues. | Joni Kletter |
| TimeEntry | 4/30/2025 | 0.4 | conference re: strategy | Randi Cohen |
| TimeEntry | 4/30/2025 | 0.7 | Drafted subpoena; calls with RC on strategy; emails to Moser. | Joni Kletter |
| TimeEntry | 5/5/2025 | 0.4 | Follow up on subpoena and discussed strategy with KK. | Joni Kletter |
| TimeEntry | 5/6/2025 | 0.3 | Review and edit subpoena to C. Vasquez. | Kimberly Kalmanson |
| TimeEntry | 5/6/2025 | 0.4 | Finalize subpoenas to C. Vasquez and arrange for service. | Kimberly Kalmanson |
| TimeEntry | 5/6/2025 | 0.6 | Final edits to subpoena for C. Vazquez. Subpoena sent to process server. | Joni Kletter |
| TimeEntry | 5/12/2025 | 0.6 | Drafted and finalized subpoena for J. Escobar. | Joni Kletter |
| TimeEntry | 5/13/2025 | 0.4 | review/revise letter | Randi Cohen |
| TimeEntry | 5/13/2025 | 1.5 | Drafted first draft of letter to Reznik; finalized and sent out 3 subpoenas to non-parties. | Joni Kletter |
| TimeEntry | 5/14/2025 | 0.4 | Revise joint letter to J. Reznik. | Kimberly Kalmanson |
| TimeEntry | 5/14/2025 | 0.7 | Finalized and sent draft of Reznik letter to Moser. | Joni Kletter |
| TimeEntry | 5/16/2025 | 0.5 | Revise letter to Court. | Kimberly Kalmanson |
| TimeEntry | 5/16/2025 | 1.5 | Edited and finalized letter and exhibits for Reznik status update. | Joni Kletter |
| TimeEntry | 5/21/2025 | 0.7 | Drafted addendum to retainer agreement, re: Wendy as translator. | Joni Kletter |
| TimeEntry | 5/28/2025 | 0.6 | Strategize re: next steps. | Kimberly Kalmanson |
| TimeEntry | 5/28/2025 | 1.8 | Drafted subpoena and records request; researched timing and service of ATT subpoena.  Calls with KK and RC, re: next steps in case. | Joni Kletter |
| TimeEntry | 5/29/2025 | 2.5 | Drafted, finalized and sent subpoenas to AT&T. Reviewed rules and procedures for service.  Began revising damages calculation and mitigation of damages. | Joni Kletter |
| TimeEntry | 6/2/2025 | 2.2 | Began drafting Evan F. Deposition outline.  Drafted response letter to Moser's letter to Court. Calls with RC. | Joni Kletter |

| TimeEntry | 6/2/2025 | 3.5 | Prep for deposition. | Kimberly Kalmanson |
|---|---|---|---|---|
| TimeEntry | 6/3/2025 | 1.5 | Continued drafting Evan F. depo outline; reviewed text messages and documents produced. | Joni Kletter |
| TimeEntry | 6/4/2025 | 2.5 | Reviewed documents and texts; continued drafting deposition outline. | Joni Kletter |
| TimeEntry | 6/5/2025 | 0.8 | Finalized and sent first draft of depo outline. | Joni Kletter |
| TimeEntry | 6/5/2025 | 1.2 | Review subpoenas. Emails and calls re: deposition. Review letter to Court. | Kimberly Kalmanson |
| TimeEntry | 6/5/2025 | 3 | deposition prep | Randi Cohen |
| TimeEntry | 6/9/2025 | 0.3 | Revise deposition notice for D. Ferraro and E. Ferraro | Brianna Pryce |
| TimeEntry | 6/9/2025 | 2.7 | Organized and pulled documents for Evan Ferraro deposition.  Calls with KK on Galvan case. | Joni Kletter |
| TimeEntry | 6/9/2025 | 3 | Extensive research regarding recovery of expenses for unreasonable travel for depositions. Privilege when pertaining to translators. | Brianna Pryce |
| TimeEntry | 6/9/2025 | 10 | Client deposition | Randi Cohen |
| TimeEntry | 6/9/2025 | 10.2 | Defend deposition of N. Galvan; associated travel. | Kimberly Kalmanson |
| TimeEntry | 6/10/2025 | 0.8 | Helped KK prepare for depo: pulled documents and collated. | Joni Kletter |
| TimeEntry | 6/11/2025 | 8.5 | Deposition of E. Ferraro. | Kimberly Kalmanson |
| TimeEntry | 6/11/2025 | 8.5 | E. Ferraro Dep | Randi Cohen |
| TimeEntry | 6/12/2025 | 2.5 | Drafted David Ferraro Deposition outline.  Calls with KK and RC. | Joni Kletter |
| TimeEntry | 6/13/2025 | 1.5 | prep for D. Ferraro deposition | Randi Cohen |
| TimeEntry | 6/13/2025 | 3.5 | Drafted deposition outline for D. Ferraro; organized exhibits. | Joni Kletter |
| TimeEntry | 6/14/2025 | 2.2 | Finalized deposition outline for D. Ferraro; organized exhibits. Sent draft to KK and RC. | Joni Kletter |
| TimeEntry | 6/15/2025 | 3.2 | Reviewed Evan Ferraro Deposition outline and finalized documents and outline for 6/18 David Ferraro deposition. | Joni Kletter |
| TimeEntry | 6/15/2025 | 7.5 | Deposition of D. Ferraro | Randi Cohen |
| TimeEntry | 6/16/2025 | 7.5 | All day deposition of David Ferraro. | Joni Kletter |
| TimeEntry | 6/17/2025 | 0.7 | Began drafting meet and confer letter to Moser. | Joni Kletter |
| TimeEntry | 6/18/2025 | 1.7 | Finalized and sent draft of Moser letter, re: ESI deficiencies. | Joni Kletter |

| | | | | |
|---|---|---|---|---|
| TimeEntry | 6/23/2025 | 0.8 | Review letter to S. Moser. Strategize with team re: same. Call with client re: third parties. | Kimberly Kalmanson |
| TimeEntry | 6/23/2025 | 1.2 | Revised, finalized and sent revised Moser letter (added Carmen depo section). | Joni Kletter |
| TimeEntry | 6/24/2025 | 0.2 | Prepare Interrogatory Verification | Brianna Pryce |
| TimeEntry | 6/24/2025 | 0.3 | Research Professional Rules of Conduct regarding client's truthfulness and attorney's duties and requirements for same | Brianna Pryce |
| TimeEntry | 6/24/2025 | 0.5 | Responded to KK's emails and calls, re: questions that arose during Plaintiff's deposition. | Joni Kletter |
| TimeEntry | 6/24/2025 | 1.3 | Travel | Randi Cohen |
| TimeEntry | 6/24/2025 | 1.7 | Travel associated with deposition. | Kimberly Kalmanson |
| TimeEntry | 6/24/2025 | 7.5 | Deposition of N. Galvan. | Kimberly Kalmanson |
| TimeEntry | 6/24/2025 | 7.5 | Client deposition | Randi Cohen |
| TimeEntry | 6/25/2025 | 1.2 | Phone calls, re: strategy and legal research, re: continuing hostile work environment ahead of the court conference. | Joni Kletter |
| TimeEntry | 6/25/2025 | 1.3 | Travel | Randi Cohen |
| TimeEntry | 6/25/2025 | 1.4 | Travel | Kimberly Kalmanson |
| TimeEntry | 6/25/2025 | 1.6 | Prep for Conference | Randi Cohen |
| TimeEntry | 6/25/2025 | 2.3 | Prepare for oral argument. Strategize with vendor re: discovery issues. Court. | Kimberly Kalmanson |
| TimeEntry | 6/30/2025 | 0.3 | Calls with KK; attempts to depose Delfino. | Joni Kletter |
| TimeEntry | 7/1/2025 | 0.3 | Call with S. Moser re: settlement. | Kimberly Kalmanson |
| TimeEntry | 7/1/2025 | 0.5 | Zoom with S. Moser; calls with KK. | Joni Kletter |
| TimeEntry | 7/7/2025 | 0.8 | Legal research around time period for filing complaint in state court. Sent case law to KK. | Joni Kletter |
| TimeEntry | 7/8/2025 | 0.4 | Emails re: settlement and discovery. STtategize with R. Cohen and J. Kletter re: same. | Kimberly Kalmanson |
| TimeEntry | 7/17/2025 | 1.2 | Drafted and finalized joint status letter, per J. Reznik's Order. | Joni Kletter |
| TimeEntry | 7/18/2025 | 2.3 | Phone calls with RC, KK and Steve Moser. Drafted letter to court. Discussions on strategy and settlement. | Joni Kletter |
| TimeEntry | 7/25/2025 | 1.1 | Edited and finalized letter to court; emails with RC, KK and Moser. Calls with KK for strategy. | Joni Kletter |
| TimeEntry | 8/4/2025 | 1.8 | Drafted State Court Complaint. | Joni Kletter |
| TimeEntry | 8/8/2025 | 0.5 | Strategy discussions with KK; settlement call with Moser. | Joni Kletter |

| TimeEntry | 8/11/2025 | 0.3 | Call with S. Moser re: settlement. | Kimberly Kalmanson |
|---|---|---|---|---|
| TimeEntry | 8/11/2025 | 0.4 | Drafted letter to court, re: one-week extension. | Joni Kletter |
| TimeEntry | 8/14/2025 | 0.3 | Call with S. Moser re: settlement.  Strategize with R. Cohen re: same. | Kimberly Kalmanson |
| TimeEntry | 8/14/2025 | 0.5 | Settlement Strategy conference | Randi Cohen |
| TimeEntry | 8/18/2025 | 0.4 | Calls re: settlement. | Kimberly Kalmanson |
| TimeEntry | 8/18/2025 | 0.6 | Strategy call with KK; drafted extension letter to Moser: sent to Moser. | Joni Kletter |
| TimeEntry | 9/24/2025 | 0.9 | Began editing Galvan settlement agreement. | Joni Kletter |
| TimeEntry | 9/25/2025 | 1.4 | Settlement Agreement draft and review | Kimberly Kalmanson |
| TimeEntry | 10/22/2025 | 2.8 | Research Cheeks requirements | Kimberly Kalmanson |
| TimeEntry | 10/23/2025 | 0.3 | comms w/ SM re: Cheeks | Kimberly Kalmanson |
| TimeEntry | 10/24/2025 | 0.6 | Revise Cheeks papers | Kimberly Kalmanson |
| TimeEntry | 11/8/2025 | 2 | Review/revise Cheeks | Kimberly Kalmanson |
| TimeEntry | 4/8/2026 | 0.9 | Strategize with counsel re: motion supplement. | Kimberly Kalmanson |
| TimeEntry | 5/8/2026 | 2.6 | Prepare supplemental submission for Cheeks motion | Kimberly Kalmanson |

521.6