| Type | Date | Description | User | Expense category | Total |
|---|---|---|---|---|---|
| ExpenseEntry | 8/1/2023 | Filling Fee | Kimberly Kalmanson | Filing Fee | $ 402.00 |
| ExpenseEntry | 1/10/2024 | Transcript Fee | Randi Cohen | | $ 58.40 |
| ExpenseEntry | 8/9/2024 | Process Server | KalCo Assistant | Process Server Fee - United Process Service | $ 702.46 |
| ExpenseEntry | 9/4/2024 | Discovery teleconference | KalCo Assistant | | $ 76.50 |
| ExpenseEntry | 6/11/2025 | Evan Ferraro Reporter Appearance - In Person NY - includes overtime | Kimberly Kalmanson | Court Reporter | $ 2,393.50 |
| ExpenseEntry | 6/19/2025 | Spanish interpreter for Galvan vs. Rolling Lawn | Kimberly Kalmanson | | $ 203.00 |
| ExpenseEntry | 6/24/2025 | Hotel room for partners RC & KK during deposition | Randi Cohen | hotel room | $ 450.64 |
| ExpenseEntry | 6/30/2025 | Spanish interpreter for Galvan vs. Rolling Lawn | Kimberly Kalmanson | | $ 400.93 |
| ExpenseEntry | 7/1/2025 | Service of process | Kimberly Kalmanson | | $ 566.60 |
| ExpenseEntry | 7/2/2025 | Court reporter on 6/9/25 | Randi Cohen | Court Reporter | $ 904.85 |
| ExpenseEntry | 7/2/2025 | | Kimberly Kalmanson | | $ 904.85 |
| ExpenseEntry | 7/2/2025 | Meeting room expenses at Regus | Kimberly Kalmanson | Meeting Room Expense | $ 1,649.02 |
| ExpenseEntry | 7/10/2025 | Delfino Segundo Reporter's Attendance 150.00 STATEMENT ON THE RECORD - (minimum transcript) 250.00 | Kimberly Kalmanson | Court Reporter | $ 400.00 |
| ExpenseEntry | 7/10/2025 | Jovani Reyes Reporter's Attendance 150.00 STATEMENT ON THE RECORD - (Minimum Transcript) 250.00 | Kimberly Kalmanson | Court Reporter | $ 400.00 |
| ExpenseEntry | 7/11/2025 | Court reporter cancellation 6/25/25 | KalCo Assistant | Court Reporter | $ 295.00 |
| ExpenseEntry | 7/22/2025 | Spanish interpreter | Kimberly Kalmanson | | $ 203.00 |
| ExpenseEntry | 7/22/2025 | Spanish interpreter | Kimberly Kalmanson | | $ 400.93 |
| ExpenseEntry | 7/23/2025 | Evan Ferraro Court Reporter | Kimberly Kalmanson | Court Reporter | $ 2,429.40 |
| ExpenseEntry | 7/29/2025 | David Ferraro Court Reporter | Kimberly Kalmanson | Court Reporter | $ 1,631.11 |

$ 14,472.19

 Gmail

**Randi Cohen <randimcohen18@gmail.com>**

## Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT

1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>                    Tue, Aug 1, 2023 at 2:52 PM
Reply-To: help_desk@nysd.uscourts.gov
To: randi@kalmansoncohen.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.

Account Number: 5177944
Court: NEW YORK SOUTHERN DISTRICT COURT
Amount: $402.00
Tracking Id: ANYSDC-28085407
Approval Code: 06640G
Card Number: ************2915
Date/Time: 08/01/2023 02:52:21 ET

NOTE: This is an automated message. Please do not reply

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Southern District of New York

INVOICE 20240283

MAKE CHECKS PAYABLE TO:

Joni Kletter
Kalmanson Cohen
165 Broadway
23rd Floor
NY, NY 10006
(917) 270-3294
joni@kalmansoncohen.com

Tabitha R. Dente, C.S.R.
Official Court Reporter
300 Quarropas Street
White Plains, NY 10601
(914) 390-4027
tabithadentecsr@aol.com

| | | |
|---|---|---|
| __ CRIMINAL  ☒ CIVIL | DATE ORDERED: 01-10-2024 | DATE DELIVERED: 01-11-2024 |

**In the matter of:** 23cv6724 CS, Galvan, Nepamuceno v Rolling Lawns, Inc., et al.

November 8, 2023, teleconference before CS; CF next-day request.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | 8 | 7.30 | 58.40 | | | | | | | 58.40 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | **Subtotal** | | | 58.40 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 58.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
Tabitha Dente CSR

DATE:
01-10-2024

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

**Statement Date**
08/06/2024

**United Process Service a division of**

# INTERCOUNTY JUDICIAL SERVICES

225 BROADWAY, SUITE 440, NEW YORK, NY 10007
TAX ID NO.: 27-1372122

PHONE 212-619-0728  Fax 212-619-2288

## INVOICE STATEMENT

KALMANSON COHEN PLLC
165 BROADWAY 23RD FLOOR
NEW YORK, NY 10006

<mark>PAYABLE TO:</mark>
United Process Service
225 Broadway, Suite 440
New York, NY 10007

Payment **MUST** be submitted with a Job Number(s)
unless paying Statement in Full or on Account.

Statement covers unpaid invoices through 08/06/2024.

| Job # | Invoice Date | Servee | | Amount | Status |
|---|---|---|---|---|---|
| **2441029** | **7/31/2024** | **JOHN BROWN** | | **$78.00** | **Current** |
| NEPAMUCENO GALVAN | | | 7 MANHATTAN AVE , RYE, NY | | **Non Served** |
| ROLLING LAWNS INC,ET AL | | | 10580 | | |
| Civil Number  23 CV 06724 (CS) | | | | | |
| Advancement of fees | | 1 | $3.00 | $3.00 | |
| Service in Westchester County | | 1 | $75.00 | $75.00 | |
| | | | | | |
| **2441030** | **7/31/2024** | **RUSSELL WOLF** | | **$122.00** | **Current** |
| NEPAMUCENO GALVAN | | | 1045 NAUTILUS LANE , | | **Served** |
| ROLLING LAWNS INC,ET AL | | | MAMARONECK, NY 10543 | | **7/20/2024** |
| Civil Number  23 CV 06724 (CS) | | | | | |
| Postage | | 1 | $4.00 | $4.00 | |
| Advancement of fees | | 1 | $3.00 | $3.00 | |
| Fee - Witness Fee | | 1 | $40.00 | $40.00 | |
| Service in Westchester County | | 1 | $75.00 | $75.00 | |

| | | |
|---|---|---|
| Current: $682.00 | TOTAL DUE $ | **$682.00** |
| Past 30: $0.00 | TOTAL DUE $ IF BY CARD | **$702.46** |
| Past 60: $0.00 | | |
| Past 90: $0.00 | AMOUNT ENCLOSED$ | |

**YOUR RETURN ADDRESS:**

KALMANSON COHEN PLLC
165 BROADWAY 23RD FLOOR
NEW YORK, NY 10006

**Statement Date**
08/06/2024

  

**MAIL PAYMENT TO:**

**United Process Service a division of**
Inter County Judicial Services LLC
225 Broadway, Suite 440
New York, NY 10007

**MAKE PAYABLE TO:**

United Process Service
225 Broadway, Suite 440
New York, NY 10007

Payment **MUST** be submitted with a Job
Number(s), Statement in Full or on Account.

Inter County Judicial Services LLC
225 Broadway, Suite 440, New York, NY 10007
Statement covers unpaid invoices through 08/06/2024.

**Statement Date**
08/06/2024

| Job # | Invoice Date | Servee | | Amount | Status |
|---|---|---|---|---|---|
| **2441033** | **7/31/2024** | **ROBERT KOENIGSBERGER S/H/A ROBERT** | | **$218.00** | **Current** |
| NEPAMUCENO GALVAN | | 79 BYRAM SHORE RD , | | | <u>**Served**</u> |
| ROLLING LAWNS INC,ET AL | | GREENWICH, CT 06830 | | | **07/18/2024** |
| Civil Number  23 CV 06724 (CS) | | | | | |
| Advancement of fees | | | 1 | $3.00 | $3.00 |
| Fee - Witness Fee | | | 1 | $40.00 | $40.00 |
| Service Out of State | | | 1 | $175.00 | $175.00 |
| | | | | | |
| **2441034** | **7/31/2024** | **MARK ETTENGER** | | **$118.00** | **Current** |
| NEPAMUCENO GALVAN | | 1317 FLAGLER DRIVE , | | | <u>**Served**</u> |
| ROLLING LAWNS INC,ET AL | | MAMARONECK, NY 10580 | | | **7/20/2024** |
| Civil Number  23 CV 06724 (CS) | | | | | |
| Advancement of fees | | | 1 | $3.00 | $3.00 |
| Fee - Witness Fee | | | 1 | $40.00 | $40.00 |
| Service in Westchester County | | | 1 | $75.00 | $75.00 |
| | | | | | |
| **2441035** | **7/31/2024** | **TOM O'CONNOR** | | **$142.00** | **Current** |
| NEPAMUCENO GALVAN | | 26 JOHNSON PLACE , RYE, NY | | | <u>**Served**</u> |
| ROLLING LAWNS INC,ET AL | | 10650 | | | **7/20/2024** |
| Civil Number  23 CV 06724 (CS) | | | | | |
| Postage | | | 1 | $4.00 | $4.00 |
| Advancement of fees | | | 1 | $3.00 | $3.00 |
| Fee - Witness Fee | | | 1 | $40.00 | $40.00 |
| Service in Upstate NY | | | 1 | $95.00 | $95.00 |
| | | | | | |
| **2442201** | **7/31/2024** | **ROBERT KOENIGSBERGER S/H/A ROBERT** | | **$4.00** | **Current** |
| NEPAMUCENO GALVAN | | 79 BYRAM SHORE RD , | | | <u>**Served**</u> |
| ROLLING LAWNS INC,ET AL | | GREENWICH, CT 06830 | | | **07/19/2024** |
| Civil Number  23 CV 06724 (CS) | | | | | |
| Postage | | | 1 | $4.00 | $4.00 |

| | |
|---|---|
| **TOTAL CHARGES:** | **$682.00** |
| **TOTAL PAYMENTS:** | |
| **TOTAL AMOUNT DUE:** | **$682.00** |
| **TOTAL AMOUNT DUE IF BY CARD:** | **$702.46** |

| ST44 Rev. 10/23 Derived from AO44 Rev. 10/23 | UNITED STATES DISTRICT COURT **For the Southern District of New York** |
|---|---|

INVOICE 202400179

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| Joni Kletter KALMANSON COHEN, PLLC One Liberty Plaza, 165 Broadway 23rd Floor New York, NY 10006 (917) 270-3294 joni@kalmansoncohen.com | Darby Ginsberg, RPR, RCR Official Federal Court Reporter 300 Quarropas Street Room 153 White Plains, NY 10601 (914) 390-4102 darbygins@gmail.com |

| __ CRIMINAL      X  CIVIL | DATE ORDERED: 09-09-2024 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 23cv6724, Galvan v Rolling Lawns, et al.

Discovery teleconference before Hon. Victoria Reznik held September 4, 2024

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | 15 | 5.10 | 76.50 | | | | | | | 76.50 |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | Misc. Charges | | | | | | | | | |
| | Subtotal | | | | | | | | | 76.50 |
| | Less Discount for Late Delivery | | | | | | | | | |
| | Tax (If Applicable) | | | | | | | | | |
| | Less Amount of Deposit | | | | | | | | | |
| | Total Refund | | | | | | | | | |
| | **Total Due** | | | | | | | | | 76.50 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Darby Ginsberg, RPR, RCR | DATE: 09-09-2024 |
|---|---|

**DISTRIBUTION:**      TO PARTY (2 copies - 1 to be returned with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

**Statement Date**
06/30/2025

# INTER COUNTY JUDICIAL SERVICES, A FIRST LEGAL COMPANY
(U)

225 BROADWAY, SUITE 440, NEW YORK, NY 10007
TAX ID NO.: 99-3169047

PHONE 212-619-0728   Fax 212-619-2288

## INVOICE STATEMENT

KALMANSON COHEN PLLC
165 BROADWAY 23RD FLOOR
NEW YORK, NY 10006

<mark>PAYABLE TO:</mark>
INTER COUNTY JUDICIAL SERVICE or UNITED
PROCESS SERVICE
P.O. BOX 410098
BOSTON, MA 02241-0098

Payment **MUST** be submitted with **Job Number(s)**
unless paying **Statement in Full** or **on Account**.

Statement covers unpaid invoices through 06/30/2025.

| Job # | Invoice Date | Servee | | Amount | Status |
|---|---|---|---|---|---|
| **2522848** | **5/27/2025** | **WATCH FANTOM, INC., D/B/A CATAPULTX** | | **$275.00** | **Over 30 Days** |
| | JAMES ALTSCHULER | | | | **Served** |
| | WATCH FANTOM, INC., D/B/A CATAPULTX D/B/A QORTEX INC., AND | | **458 VALLEY ROAD, MONTCLAIR, NJ 07043** | | **4/17/2025** |
| | Index | 153881/2025 | | | |
| | Copies for Service | 200 | $0.25 | $50.00 | |
| | Rush | 1 | $40.00 | $40.00 | |
| | Service Out of State | 1 | $185.00 | $185.00 | |
| **2522855** | **5/27/2025** | **ZACK ROSENBERG** | | **$229.00** | **Over 30 Days** |
| | JAMES ALTSCHULER | | | | **Served** |
| | WATCH FANTOM, INC., D/B/A CATAPULTX D/B/A QORTEX INC., AND | | **458 VALLEY ROAD, MONTCLAIR, NJ 07043** | | **4/17/2025** |
| | Index | 153881/2025 | | | |
| | Postage | 1 | $4.00 | $4.00 | |
| | Rush | 1 | $40.00 | $40.00 | |
| | Service Out of State | 1 | $185.00 | $185.00 | |

**YOUR RETURN ADDRESS:**

KALMANSON COHEN PLLC
165 BROADWAY 23RD FLOOR
NEW YORK, NY 10006

**Statement Date**
06/30/2025

| | | |
|---|---|---|
| Current: $536.00 | TOTAL DUE $ | **$1,040.00** |
| Past 30: $504.00 | TOTAL DUE $ IF BY CARD | **$1,071.20** |
| Past 60: $0.00 | AMOUNT ENCLOSED$ | |
| Past 90: $0.00 | | |



**MAIL PAYMENT TO:**

FIRST LEGAL BUYER, INC
P.O. BOX 410098
BOSTON, MA 02241-0098

**MAKE PAYABLE TO:**

INTER COUNTY JUDICIAL SERVICE or
UNITED PROCESSS SERVICE
P.O. BOX 410098
BOSTON, MA 02241-0098

(U)

**Page 1**

Payment **MUST** be submitted with a Job Number(s),
Statement in Full or on Account.

Inter County Judicial Services LLC
225 Broadway, Suite 440, New York, NY 10007
Statement covers unpaid invoices through 06/30/2025.

**Statement Date**
06/30/2025

| Job # | Invoice Date | Servee | | Amount | Status |
|---|---|---|---|---|---|
| **2527951** | **6/30/2025** | **CARMEN VASQUEZ** | | **$164.00** | **Current** |
| NEPAMUCENO GALVAN | | | | **161 Grand Street,** | **Served** |
| ROLLING LAWNS, INC., ETAL | | | | **MAMARONECK, NY 10543** | **5/12/2025** |
| Index | 23-CV-6724 | | | | |
| Postage | | | 1 | $4.00 | $4.00 |
| Advancement of fees | | | 1 | $5.00 | $5.00 |
| Fee - Witness Fee | | | 1 | $40.00 | $40.00 |
| Rush | | | 1 | $40.00 | $40.00 |
| Service in Westchester County | | | 1 | $75.00 | $75.00 |
| **2528557** | **6/30/2025** | **DELFINO SEGUNDO** | | **$124.00** | **Current** |
| NEPAMUCENO GALVAN | | | | **185 Union Avenue, Apt B2, NEW** | **Served** |
| ROLLING LAWNS, INC., ET AL., | | | | **ROCHELLE, NY 10801** | **5/21/2025** |
| Index | 23-CV-06724 | | | | |
| Postage | | | 1 | $4.00 | $4.00 |
| Advancement of fees | | | 1 | $5.00 | $5.00 |
| Fee - Witness Fee | | | 1 | $40.00 | $40.00 |
| Service in Westchester County | | | 1 | $75.00 | $75.00 |
| **2528562** | **6/30/2025** | **JOVANI ESCOBAR-REYES** | | **$124.00** | **Current** |
| NEPAMUCENO GALVAN | | | | **425 WEST STREET, PORT** | **Served** |
| ROLLING LAWNS, INC., ET AL., | | | | **CHESTER, NY 10573** | **5/21/2025** |
| Index | 23-CV-06724 | | | | |
| Postage | | | 1 | $4.00 | $4.00 |
| Advancement of fees | | | 1 | $5.00 | $5.00 |
| Fee - Witness Fee | | | 1 | $40.00 | $40.00 |
| Service in Westchester County | | | 1 | $75.00 | $75.00 |
| **2528565** | **6/30/2025** | **ALFREDO PINEDA** | | **$124.00** | **Current** |
| NEPAMUCENO GALVAN | | | | **23 Park Avenue, Apt. 2B, NEW** | **Served** |
| ROLLING LAWNS, INC., ET AL., | | | | **ROCHELLE, NY 10801** | **5/23/2025** |
| Index | 23-CV-06724 | | | | |
| Postage | | | 1 | $4.00 | $4.00 |
| Advancement of fees | | | 1 | $5.00 | $5.00 |
| Fee - Witness Fee | | | 1 | $40.00 | $40.00 |
| Service in Westchester County | | | 1 | $75.00 | $75.00 |

| | | |
|---|---|---|
| **TOTAL CHARGES:** | | **$1,040.00** |
| **TOTAL PAYMENTS:** | | |
| **TOTAL AMOUNT DUE:** | | **$1,040.00** |
| **TOTAL AMOUNT DUE IF BY CARD:** | | **$1,071.20** |

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345814 | 7/23/2025 | 423032 |
| **Job Date** | **Case No.** | |
| 6/11/2025 | | |
| **Case Name** | | |
| Galvan vs. Rolling Lawn | | |
| **Payment Terms** | | |
| Net 30, After 30, Int. at 1.5% per month | | |

800.66COURT
www.RosenbergandAssociates.com

23 Vreeland Road, Suite 205
Florham Park, NJ 07932

973.228.9100
973.228.2634 Fax

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Evan Ferraro | 367.00 | Pages | 2,018.50 |
| Reporter Appearance - In Person NY -includes overtime to 6pm | 1.00 | | 275.00 |
| Rough Ascii | 367.00 | | 917.50 |
| Digital Litigation Support | 1.00 | | 50.00 |
| File Handling & Repository Uploading | 1.00 | | 50.00 |
| **TOTAL DUE  >>>** | | | **$3,311.00** |

Transcript previously e-mailed
THANK YOU FOR YOUR CONTINUED BUSINESS

**FULL PAYMENT DUE NO LATER THAN 30 DAYS FROM DATE OF INVOICE**

| | |
|---|---|
| **(-) Payments/Credits:** | 917.50 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$2,393.50** |

**Tax ID:** 22-2004979

*Please detach bottom portion and return with payment.*

| Job No. | : 423032 | BU ID | : R&A |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Galvan vs. Rolling Lawn | | |
| Invoice No. | : 345814 | Invoice Date | : 7/23/2025 |
| **Total Due** | **: $2,393.50** | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

Remit To: **Rosenberg & Associates, Inc.**
**Corporate Headquarters**
**23 Vreeland Road, Suite 205**
**Florham Park, NJ 07932**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



23 Vreeland Rd, Ste 205
Florham Park, NJ 07932

Phone: 973-618-2158
Fax: 973-228-2634

# STATEMENT
1 of 1

| Account No. | Date |
|---|---|
| C50759 | 9/2/2025 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $603.93 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$603.93** |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 7/22/2025 | 345907 | 203.00 | 423326 | 6/19/2025 | Spanish interpreter | Galvan vs. Rolling Lawn |
| 7/22/2025 | 345912 | 400.93 | 423551 | 6/30/2025 | spanish interpreter | Galvan vs. Rolling Lawn |

**Tax ID:** 22-2930707

*Please detach bottom portion and return with payment.*

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

Account No.  : C50759
Date          : 9/2/2025

**Total Due**   : **$603.93**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                     Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **AVS Interpreting Service**
**23 Vreeland Road**
**Suite 205**
**Floham Park, NJ 07932**

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345907 | 7/22/2025 | 423326 |
| **Job Date** | **Case No.** | |
| 6/19/2025 | | |
| **Case Name** | | |
| Galvan vs. Rolling Lawn | | |
| **Payment Terms** | | |
| Net 30, After 30, Int. at 1.5% per month | | |

AVS Interpreting Service

23 Vreeland Rd, Ste 205
Florham Park, NJ 07932

Phone: 973-618-2158
Fax: 973-228-2634

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

| | |
|---|---|
| Spanish interpreter | 200.00 |
| **TOTAL DUE   >>>** | **$200.00** |

Transcript previously e-mailed
THANK YOU FOR YOUR CONTINUED BUSINESS

**FULL PAYMENT DUE NO LATER THAN 30 DAYS FROM DATE OF INVOICE**

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 3.00 |
| **(=) New Balance:** | **$203.00** |

**Tax ID:** 22-2930707

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 423326 | BU ID | : AVS |
| Case No. | : | | |
| Case Name | : Galvan vs. Rolling Lawn | | |
| Invoice No. | : 345907 | Invoice Date | : 7/22/2025 |
| **Total Due** | : **$203.00** | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

Remit To: **AVS Interpreting Service**
            **23 Vreeland Road**
            **Suite 205**
            **Floham Park, NJ 07932**

**PAYMENT WITH CREDIT CARD**   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

1 of 1

**AVS Interpreting Service**

23 Vreeland Rd, Ste 205
Florham Park, NJ 07932

Phone: 973-618-2158
Fax: 973-228-2634

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345912 | 7/22/2025 | 423551 |
| **Job Date** | **Case No.** | |
| 6/30/2025 | | |
| **Case Name** | | |
| Galvan vs. Rolling Lawn | | |
| **Payment Terms** | | |
| Net 30, After 30, Int. at 1.5% per month | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

| | |
|---|---|
| spanish interpreter | 395.00 |
| **TOTAL DUE   >>>** | **$395.00** |

Transcript previously e-mailed
THANK YOU FOR YOUR CONTINUED BUSINESS

**FULL PAYMENT DUE NO LATER THAN 30 DAYS FROM DATE OF INVOICE**

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 5.93 |
| **(=) New Balance:** | **$400.93** |

**Tax ID:** 22-2930707

*Please detach bottom portion and return with payment.*

| Job No. | : 423551 | BU ID | : AVS |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Galvan vs. Rolling Lawn | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

| Invoice No. | : 345912 | Invoice Date | : 7/22/2025 |
|---|---|---|---|
| **Total Due** | : **$400.93** | | |

**PAYMENT WITH CREDIT CARD**    MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **AVS Interpreting Service**
              **23 Vreeland Road**
              **Suite 205**
              **Floham Park, NJ 07932**

# SPRINGHILL SUITES®
### BY MARRIOTT

### SPRINGHILL SUITES BY MARRIOTT® / TARRYTOWN SPRINGHILL SUITES
480 White Plains Rd, Tarrytown Ny 10591 ℙ 914.366.4600
**springhillsuites.com**

| | |
|---|---|
| R. Cohen | Room: 424 |
| | Room Type: DDST |
| | Number of Guests: 2 |
| | Rate: $394.00      Clerk: |
| Arrive: 24Jun25    Time: 07:08PM | Depart: 25Jun25    Time: 12:00PM    Folio Number: 79962 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 24Jun25 | Restaurant Room Charge | 65.25 | |
| 24Jun25 | Room Charge | 394.00 | |
| 24Jun25 | Room Tax | 33.00 | |
| 24Jun25 | Occupancy Tax | 11.82 | |
| 24Jun25 | County Tax | 11.82 | |
| 25Jun25 | Visa | | 515.89 |

*Card #: VIXXXXXXXXXXXX2915/XXXX*
*Amount:  515.89  Auth: 05516G*
*This card was electronically swiped on 24Jun25*

| | | |
|---|---|---|
| | **BALANCE:** | **0.00** |

**Marriott Bonvoy Account # XXXXX8234.**  Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit springhillsuites.com.

# STATEMENT

1 of 1



23 Vreeland Rd, Ste 205
Florham Park, NJ 07932

Phone: 973-618-2158
Fax: 973-228-2634

| Account No. | Date |
|---|---|
| C50759 | 9/2/2025 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $603.93 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$603.93** |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 7/22/2025 | 345907 | 203.00 | 423326 | 6/19/2025 | Spanish interpreter | Galvan vs. Rolling Lawn |
| 7/22/2025 | 345912 | 400.93 | 423551 | 6/30/2025 | spanish interpreter | Galvan vs. Rolling Lawn |

**Tax ID:** 22-2930707

*Please detach bottom portion and return with payment.*

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

Account No.  : C50759
Date         : 9/2/2025

**Total Due**  : **$603.93**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **AVS Interpreting Service**
**23 Vreeland Road**
**Suite 205**
**Floham Park, NJ 07932**

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345907 | 7/22/2025 | 423326 |
| **Job Date** | **Case No.** | |
| 6/19/2025 | | |

| Case Name |
|---|
| Galvan vs. Rolling Lawn |

| Payment Terms |
|---|
| Net 30, After 30, Int. at 1.5% per month |

23 Vreeland Rd, Ste 205
Florham Park, NJ 07932

Phone: 973-618-2158
Fax: 973-228-2634

**AVS**
Interpreting Service

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

Spanish interpreter                                         200.00

**TOTAL DUE  >>>**                                **$200.00**

Transcript previously e-mailed
THANK YOU FOR YOUR CONTINUED BUSINESS

**FULL PAYMENT DUE NO LATER THAN 30 DAYS FROM DATE OF INVOICE**

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 3.00 |
| **(=) New Balance:** | **$203.00** |

**Tax ID:** 22-2930707

*Please detach bottom portion and return with payment.*

| Job No. | : 423326 | BU ID | : AVS |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Galvan vs. Rolling Lawn | | |

| Invoice No. | : 345907 | Invoice Date | : 7/22/2025 |
|---|---|---|---|
| **Total Due** | **: $203.00** | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

Remit To: **AVS Interpreting Service**
**23 Vreeland Road**
**Suite 205**
**Floham Park, NJ 07932**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

1 of 1



23 Vreeland Rd, Ste 205
Florham Park, NJ 07932

Phone: 973-618-2158
Fax: 973-228-2634

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345912 | 7/22/2025 | 423551 |
| **Job Date** | **Case No.** | |
| 6/30/2025 | | |
| **Case Name** | | |
| Galvan vs. Rolling Lawn | | |
| **Payment Terms** | | |
| Net 30, After 30, Int. at 1.5% per month | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

spanish interpreter

395.00

**TOTAL DUE  >>>**                          **$395.00**

Transcript previously e-mailed
THANK YOU FOR YOUR CONTINUED BUSINESS

**FULL PAYMENT DUE NO LATER THAN 30 DAYS FROM DATE OF INVOICE**

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 5.93 |
| **(=) New Balance:** | **$400.93** |

**Tax ID:** 22-2930707

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 423551 | BU ID | : AVS |
| Case No. | : | | |
| Case Name | : Galvan vs. Rolling Lawn | | |
| Invoice No. | : 345912 | Invoice Date | : 7/22/2025 |
| **Total Due** | : **$400.93** | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

Remit To: **AVS Interpreting Service**
**23 Vreeland Road**
**Suite 205**
**Floham Park, NJ 07932**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

logo
PHONE 800-678·0166
FAX 516-678-4488

**LEXITAS**
100 MERRICK ROAD, SUITE 320W
ROCKVILLE CENTRE, NY 11570

FE0.1.0. #47-2685460
#DEPOSITION SOLUTIONS LLC
*#LEXITAS*

KALMANSON COHEN, PLLC
ONE LIBERTY PLAZA
165 BROADWAY - 23RD FLOOR
NEW YORK, NY 10006

Date: 07/02/2025
Firm Code: 47782

**Phone:**646-759-3655
**FAX:**646-513-2936

## STATEMENT

| Invoice Number | Legacy Invoice No | Invoice Date | Caption | Date Taken | Invoice Amount | Paid Amount | Balance Due |
|---|---|---|---|---|---|---|---|
| 1300074 | | 06/17/2025 | GALVAN V. ROLLING LAWNS, INC. ET AL | 06/09/2025 | $904.85 | $0.00 | $904.85 |
| | | | | **Balance Due:** | | $904.85 | |

| Current Within 30 Days | 30 Days Over Due | 60 Days Over Due | 90 Days Over Due | 120 Days Over Due | 150 Days Over Due |
|---|---|---|---|---|---|
| $904.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Our terms are net 30 days.

**REMIT** TO **ADDRESS** :
P.O. BOX 734298
DEPT. 2011
DALLAS, TX 75373-4298

logo
PHONE 800-678•0166
FAX 516·678-4488

**LEXITAS**
100 MERRICK ROAD. SUITE 320W
ROCKVILLE CENTRE. NY  11570

FED.I.D. #47-2885460
#DEPOSITION  SOLUTIONS  LLC
*1/IEXITAS*

KALMANSON COHEN, PLLC
ONE LIBERTY PLAZA
165 BROADWAY - 23RD FLOOR
NEW YORK, NY 10006

**Phone** : 646-759-3655
**FAX:** 646-513-2936

Date: 07/02/2025
Firm  Code: 47782

## STATEMENT

| Invoice Number | Legacy Invoice No | Invoice Date | Caption | Date Taken | Invoice Amount | Paid Amount | Balance Due |
|---|---|---|---|---|---|---|---|
| 1300074 | | 0611712025 | GALVAN V. ROLLING **LAWNS, INC.** ET AL | 06/09/2025 | $904.85 | $0.00 | $904.85 |
| | | | | **Balance Due:** | | $904.85 | |

| Current Wrthin 30 Days | 30 Days Over Due | 60 Days Over Due | 90 Days Over Due | 120 Days Over Due | 150 Days Over Due |
|---|---|---|---|---|---|
| $904.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Our terms are net 30 days.

**REMIT** TO **ADDRESS** :
P.O. BOX 73429B
DEPT. 2011
DALLAS, TX 75373-429B

Scanned with
**CamScanner**·

# STATEMENT OF ACCOUNT

| | |
|---|---|
| **Account name:** | **Kalmanson Cohen, PLLC** |
| **Attn:** | Ms. Randi Cohen |
| | 165 Broadway |
| | 23rd FL |
| | New York, New York 10006 |
| | United States of America |

| | |
|---|---|
| Account number: | 9406158 |
| Invoice number: | 2965-33817 |
| Statement date: | 30 June 2025 |
| **Due date :** | **15 July 2025** |

---

**USEFUL INFORMATION**

- You can update your details and check the current status of your account by logging into **www.MyRegus.com**
- If you have questions about your invoices or payments, please speak to your Community Team.
- Alternatively, you can log a case through your online account (Help section).

---

Center name:    **NY, New York City - One Liberty Plaza**

| Date | Description | Amount |
|---|---|---|
| 31 May 2025 | Outstanding balance | **$ 288.02** |
| 19 June 2025 | Payment received | **-$ 288.02** |
| 30 June 2025 | **This invoice** | **$ 1,649.02** |
| | **Total outstanding balance due** | **$ 1,649.02** |

Center: 1869 CA, Los Angeles - Sepulveda Center

Remit Address:  Regus Management Group LLC• P.O. Box 842456• Dallas • TX  75284-2456 • USA

Center Address: 165 Broadway • 23rd Floor • New York • NY 10006 • USA



# INVOICE

| | | | |
|---|---|---|---|
| **Account name:** | **Kalmanson Cohen, PLLC** | Account number: | 9406158 |
| **Attn:** | Ms. Randi Cohen | Invoice number: | 2965-33817 |
| | 165 Broadway | Invoice date: | 30 June 2025 |
| | 23rd FL | **Due date :** | **15 July 2025** |
| | New York, New York 10006 | Your TAX Number: | |
| | United States of America | | |

**Center name:    NY, New York City - One Liberty Plaza**

| Description of Charges | From Date | To Date | Price | TAX | Total |
|---|---|---|---|---|---|
| Virtual Office | 1 Aug 2025 | 31 Aug 2025 | $ 214.00 | $ 16.02 | $ 230.02 |
| Mail Handling | 1 Jun 2025 | 30 Jun 2025 | $ 30.00 | $ 0.00 | $ 30.00 |
| Meeting Room | 11 Jun 2025 | 16 Jun 2025 | $ 1,330.00 | $ 0.00 | $ 1,330.00 |
| Copy/Print/Charges | 11 Jun 2025 | 16 Jun 2025 | $ 54.19 | $ 4.81 | $ 59.00 |

| | |
|---|---|
| Total (excl. TAX) | $ 1,628.19 |
| **TAX** | $ 20.83 |
| **June invoice total (inc. Tax)** | **$ 1,649.02** |

**See next page for an itemized breakdown of charges**

Center: 1869 CA, Los Angeles - Sepulveda Center

Remit Address:  Regus Management Group LLC • P.O. Box 842456• Dallas • TX 75284-2456 • USA

Center Address: 165 Broadway • 23rd Floor • New York • NY 10006 • USA



# YOUR INVOICE DETAILS

| | | | |
|---|---|---|---|
| **Account name:** | **Kalmanson Cohen, PLLC** | Account number: | 9406158 |
| **Attn:** | Ms. Randi Cohen | Invoice number: | 2965-33817 |
| | | Invoice date: | 30 June 2025 |
| | | **Due date:** | **15 July 2025** |

Center name:    **NY, New York City - One Liberty Plaza**

## RECURRING CHARGES

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Mailbox Plus - Monthly Charge | 1 Aug 2025 | 31 Aug 2025 | $ 102.10 | $ 0.00 | $ 102.10 |
| Telephone Answering - Monthly Charge | 1 Aug 2025 | 31 Aug 2025 | $ 111.90 | $ 16.02 | $ 127.92 |
| Weekly Mail Forwarding  Client requested on June 16, 2025. | 1 Jun 2025 | 30 Jun 2025 | $ 30.00 | $ 0.00 | $ 30.00 |
| | | Subtotal | $ 244.00 | $ 16.02 | $ 260.02 |

## ONE-OFF CHARGES INCURRED

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Meeting Room Charge  Booked by:  Kimberly Kalmanson | 11 Jun 2025  Booking: 159601917 | 11 Jun 2025 | $ 665.00 | $ 0.00 | $ 665.00 |
| Meeting Room Charge  Booked by:  Kimberly Kalmanson | 16 Jun 2025  Booking: 159601930 | 16 Jun 2025 | $ 665.00 | $ 0.00 | $ 665.00 |
| Photocopy - Black and White  Booked by:  Kimberly Kalmanson | 11 Jun 2025  Booking: 159601917 | 11 Jun 2025 | $ 4.20 | $ 0.37 | $ 4.57 |
| Photocopy - Colour  Booked by:  Kimberly Kalmanson | 16 Jun 2025  Booking: 159601930 | 16 Jun 2025 | $ 0.99 | $ 0.09 | $ 1.08 |
| Printing - Black and White A3/A4  Booked by:  Kimberly Kalmanson | 16 Jun 2025  Booking: 159601930 | 16 Jun 2025 | $ 49.00 | $ 4.35 | $ 53.35 |
| | | Subtotal | $ 1,384.19 | $ 4.81 | $ 1,389.00 |
| | | **Total Charges** | **$ 1,628.19** | **$ 20.83** | **$ 1,649.02** |

Center: 1869 CA, Los Angeles - Sepulveda Center

Remit Address:  Regus Management Group LLC • P.O. Box 842456 • Dallas • TX  75284-2456 • USA

Center Address: 165 Broadway • 23rd Floor • New York • NY 10006 • USA



# METHODS OF PAYMENT

Your current method of payment is: **Visa**

Card number ending **2915,** expiry date **07/28**

| You can update your payment method to Direct Debit or Credit Card via **www.MyRegus.com** |
|---|

**You may pay by Check:**

Pay Online at: https://www.e-billexpress.com/ebpp/IWGPLC/

IMPORTANT INFORMATION: Please provide your Invoice Number as a payee reference on all payments and that you allow for a minimum of 3 days posting time prior to your due date.

**You may pay by Bank Transfer to:**

| | |
|---|---|
| Bank Name: | Wells Fargo |
| Bank Address: | 420 Montgomery Street San Francisco, California 94104 United States of America |
| Account Name: | Regus Management Group, LLC |
| Account Number: | 4023919251 |
| BIC/Swift Code: | WFBIUS6S |
| Routing #: | 121000248 |

**IMPORTANT INFORMATION:**
Please provide your Invoice Number <2965-33817> as a payee reference on all payments made.

# UNDERSTANDING YOUR INVOICE

## INVOICE EXPLANATIONS

| | |
|---|---|
| Account adjustments/refunds | Any adjustments/refunds that were made to your account. |
| Account balance | The account balance shows recent activity on your account in summary format. It shows the balance at the end of the previous summary date and any payments or adjustments that have been received since the last statement. The account statement can be found on **www.MyRegus.com**. The current invoice value is then added to produce the Total Payment Due figure. |
| Credits | Credits that were issued against a particular charge for which you have been invoiced for in a previous period. |
| Due date | The latest date on which the invoice needs to be paid. Please note that any outstanding balances shown in the account summary will be due for immediate payment. |
| Invoice | The invoice shows a summary of all charges (recurring and one-off) related to the invoice period. |
| Late payment fees | We incur extra costs if you pay late. A fee will therefore be levied against your account if the payment is late. |
| One-off charges incurred | Variable and/or one-off charges related to a specific invoicing period. |
| Payments received | All payments received since your last invoice was raised. |
| Recurring charges | These are fixed monthly charges, invoiced in advance. |
| Total payment due | The total payment due is the total current balance of monies owed on your account and includes any amounts that are overdue. |



## RECURRING CHARGES

| | |
|---|---|
| Mail Handling | Mail services which were provided as you requested |
| Virtual Office | Depending on the type of Virtual Office you have purchased you will receive some or all of the following services: telephone answering in your company name, mail handling and a prestigious address. |

## ONE-OFF CHARGES

| | |
|---|---|
| Copy/Print/Charges | Photocopying and printing charges used with discounts based on volume. |
| Meeting Room | Use of a Meeting Room including any telephone calls, prepayments and cancellation charges |



# INVOICE

1 of 1

800.66COURT
www.RosenbergandAssociates.com

23 Vreeland Road, Suite 205
Florham Park, NJ 07932

973.228.9100
973.228.2634 Fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345466 | 7/8/2025 | 423590 |
| **Job Date** | **Case No.** | |
| 6/30/2025 | | |
| **Case Name** | | |
| Galvan vs. Rolling Lawn | | |
| **Payment Terms** | | |
| Net 30, After 30, Int. at 1.5% per month | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

| | | |
|---|---|---|
| Delfino Segundo | | |
| Reporter's Attendance | 1.00 | 150.00 |
| STATEMENT ON THE RECORD -(minimum transcript) | 1.00 | 250.00 |
| **TOTAL DUE  >>>** | | **$400.00** |

Transcript previously e-mailed
THANK YOU FOR YOUR CONTINUED BUSINESS

**FULL PAYMENT DUE NO LATER THAN 30 DAYS FROM DATE OF INVOICE**

**Tax ID:** 22-2004979

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 423590 | BU ID | : R&A |
| Case No. | : | | |
| Case Name | : Galvan vs. Rolling Lawn | | |
| Invoice No. | : 345466 | Invoice Date | : 7/8/2025 |
| **Total Due** | : **$400.00** | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Rosenberg & Associates, Inc.**
**Corporate Headquarters**
**23 Vreeland Road, Suite 205**
**Florham Park, NJ 07932**

# I N V O I C E

1 of 1



800.66COURT
www.RosenbergandAssociates.com

23 Vreeland Road, Suite 205
Florham Park, NJ 07932

973.228.9100
973.228.2634 Fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345475 | 7/8/2025 | 423306 |
| **Job Date** | **Case No.** | |
| 6/19/2025 | | |
| **Case Name** | | |
| Galvan vs. Rolling Lawn | | |
| **Payment Terms** | | |
| Net 30, After 30, Int. at 1.5% per month | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

Jovani Reyes

| | | |
|---|---|---|
| Reporter's Attendance | 1.00 | 150.00 |
| STATEMENT ON THE RECORD -(Minimum Transcript) | 1.00 | 250.00 |
| **TOTAL DUE   >>>** | | **$400.00** |

Transcript previously e-mailed
THANK YOU FOR YOUR CONTINUED BUSINESS

**FULL PAYMENT DUE NO LATER THAN 30 DAYS FROM DATE OF INVOICE**

**Tax ID:** 22-2004979

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 423306 | BU ID | : R&A |
| Case No. | : | | |
| Case Name | : Galvan vs. Rolling Lawn | | |
| Invoice No. | : 345475 | Invoice Date | : 7/8/2025 |
| **Total Due** | : **$400.00** | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Rosenberg & Associates, Inc.**
**Corporate Headquarters**
**23 Vreeland Road, Suite 205**
**Florham Park, NJ 07932**

# I N V O I C E

1 of 1



800.66COURT
www.RosenbergandAssociates.com

23 Vreeland Road, Suite 205
Florham Park, NJ 07932

973.228.9100
973.228.2634 Fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345600 | 7/11/2025 | 423550 |
| **Job Date** | **Case No.** | |
| 6/30/2025 | | |

| Case Name |
|---|
| Galvan vs. Rolling Lawn |

| Payment Terms |
|---|
| Net 30, After 30, Int. at 1.5% per month |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

Deposition scheduled for 6/30/2025

| | | |
|---|---|---|
| Cancellation fee | 1.00 | 295.00 |
| **TOTAL DUE  >>>** | | **$295.00** |

Transcript previously e-mailed
THANK YOU FOR YOUR CONTINUED BUSINESS

**FULL PAYMENT DUE NO LATER THAN 30 DAYS FROM DATE OF INVOICE**

**Tax ID:** 22-2004979

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 423550 | BU ID | : R&A |
| Case No. | : | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

| | |
|---|---|
| Case Name | : Galvan vs. Rolling Lawn |

| | | | |
|---|---|---|---|
| Invoice No. | : 345600 | Invoice Date | : 7/11/2025 |
| **Total Due** | : **$295.00** | | |

Remit To: **Rosenberg & Associates, Inc.**
**Corporate Headquarters**
**23 Vreeland Road, Suite 205**
**Florham Park, NJ 07932**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345907 | 7/22/2025 | 423326 |

| Job Date | Case No. |
|---|---|
| 6/19/2025 | |

| Case Name |
|---|
| Galvan vs. Rolling Lawn |

| Payment Terms |
|---|
| Net 30, After 30, Int. at 1.5% per month |

23 Vree:hmd R<l. Sle 205
Florham Park, NJ 07932

Phone· 973-616-21☐
Fax  973-228-2634

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

| | |
|---|---|
| Spanish interpreter | 200.00 |
| **TOTAL DUE  >>>** | **$200.00** |

Transcript  previously  e-mailed
THANK YOU FOR YOUR CONTINUED BUSINESS

**FULL PAYMENT DUE NO LATER THAN 30 DAYS FROM DATE OF INVOICE**

| ( - } **Payments/Credits:** | 0.00 |
|---|---|
| (+} **Finance Charges/Debits:** | 3.00 |
| (=} **New Balance:** | **$203.00** |

**Tax ID:**  22-2930707

*Please detach bottom portion and return with payment.*

Kimberly  Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

| Job No. | :423326 | BU ID | :AVS |
|---|---|---|---|
| Case No. | | | |

Case Name  : Galvan vs. Rolling Lawn

| Invoice No. | : 345907 | Invoice Date | : 7/22/2025 |
|---|---|---|---|
| **Total Due** | **: $203.00** | | |

Remit To:  **AVS Interpreting Service**
**23 Vreeland Road**
**Suite 205**
**Floham Park, NJ 07932**

**PAYMENT WITH CREDIT CARP**      ☐    *[vISA  i*

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

cardholder's Signature:

Email:

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345912 | 7/22/2025 | 423551 |

| Job Date | Case No. |
|---|---|
| 6/30/2025 | |

| Case Name |
|---|
| Galvan vs. Rolling Lawn |

| Payment Terms |
|---|
| Net 30, A□er 30, Int. at 1.5% per month |

**f\s**

I111c,111,iI11.:"I<nln•

23 Vree¹11r,d Rd, Ste 205
**Florham Park, NJ**07932

PhOile:973-618•2158
**Fe.x 973-228-2634**

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

| | |
|---|---|
| spanish interpreter | 395.00 |
| **TOTAL DUE  >>>** | **$395.00** |

Transcript previously e-mailed
THANK YOU FOR YOUR CONTINUED BUSINESS

**FULL PAYMENT DUE NO LATER THAN 30 DAYS FROM DATE OF INVOICE**

| | |
|---|---|
| { - )  **Payments/Credits:** | 0.00 |
| {+)  **Finance Charges/Debits:** | 5.93 |
| {=)  **New Balance:** | **$400.93** |

**Tax** ID:  22-2930707

*Please detach bollom portion and return with payment.*

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

| Job No. | :423551 | BUID | :AVS |
|---|---|---|---|
| Case No. | | | |

Case Name  : Galvan vs. Rolling Lawn

| Invoice No. | : 345912 | Invoice Date | :7/22/2025 |
|---|---|---|---|
| **Total Due** | : **$400.93** | | |

Remit To:  **AVS Interpreting Service**
           **23 Vreeland Road**
           **Suite 205**
           **Floham Park, NJ 07932**

**PAYMENT WITH CREDIT CARP**                |||;] I *VIS4J*

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

cardholder's s1nature:

Email:

# INVOICE

1 of 1



#\\ER.G4

8(W.66COURT
□'ll'/1.Ro'ienbtrgandAss.ociate-s.com

23 Vr"l□nd R(>;lc!,$uitQ20□
Ftorhom **Paik**,HJ 07032

973.U$.9100
973128.26.J□**Fax**

□4>

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 345814 | 7/23/2025 | 423032 |
| **Job Date** | **Case No.** | |
| 6/11/2025 | | |

**Case Name**

Galvan vs. Rolling Lawn

**Payment Terms**

Net 30, A□er 30, Int. at 1.5% per month

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Evan Ferraro | 367.00 | Pages | 2,018.50 |
| Reporter Appearance - In Person NY -includes overtime to 6pm | 1.00 | | 275.00 |
| Rough Ascii | 367.00 | | 917.50 |
| Digital Litigation Support | 1.00 | | 50,00 |
| File Handling & Repository Uploading | 1.00 | | 50.00 |
| **TOTAL DUE** >>> | | | **$3,311.00** |

Transcript previously e-mailed
THANK YOU FOR YOUR CONTINUED BUSINESS

**FULL PAYMENT DUE NO LATER THAN 30 DAYS FROM DATE OF INVOICE**

| | |
|---|---|
| ( - ) **Payments/Credits:** | 917.50 |
| (+) **Finance Charges/Debits:** | 35.90 |
| (=) **New Balance:** | **$2,429.40** |

**Tax** ID: 22-2004979

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | :423032 | BUID | :R&A |
| Case No. | | | |

Case Name : Galvan vs. Rolling Lawn

| | | | |
|---|---|---|---|
| Invoice No. | : 345814 | Invoice Date | : 7/23/2025 |
| **Total Due** | : **$2,429.40** | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

Remit To: **Rosenberg & Associates, Inc.**
**Corporate Headquarters**
**23 Vreeland Road, Suite 205**
**Florham Park, NJ 07932**

PAYMENT WITH CREDIT CARP    E □

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

# INVOICE

1 of 1



□t'□ORC□
!00.66COURT
**,vwv,.RosenbergandAssociates.com**

23  Vrfll□rd **R,µd,** Sr,,ltv **205**
Florham Park. t-IJ 07032

□*1J.nu100*
□73.228.2□34 **Fa**□

| Invoice No. | Invoice Date | Iob No. |
|---|---|---|
| 345942 | 7/29/2025 | 423097 |
| **Iob Date** | **Case No.** | |
| 6/16/2025 | | |
| **Case Name** | | |
| Galvan vs. Rolling Lawn | | |
| **Payment Terms** | | |
| Net 30,  Alter 30, Int. at 1.5% per month | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006
T: 646-759-3655

ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| David Ferraro | 224.00  Pages | | 1,232.00 |
| Reporter Appearance - In Person NY | 1.00 | | 275.00 |
| Digital Litigation Support | 1.00 | | 50.00 |
| File Handling & Repository Uploading | 1.00 | | 50.00 |
| | **TOTAL DUE  >>>** | | **$1,607.00** |

Transcript  previously  e-mailed
THANK YOU FOR YOUR CONTINUED BUSINESS

**FULL PAYMENT  DUE NO  LATER  THAN 30  DAYS FROM DATE OF  INVOICE**

| | | |
|---|---|---|
| (-)  **Payments/Credits:** | | 0.00 |
| (+)  **Finance Charges/Debits:** | | 24.11 |
| (=}  **New Balance:** | | **$1,631.11** |

Tax ID:  22-2004979

*Please detach bottom portion and return with payment.*

| Job No. | :423097 | BUID | :R&A |
|---|---|---|---|
| case No. | | | |
| case Name | : Galvan vs. Rolling Lawn | | |

Kimberly Kalmanson
Kalmanson Cohen, PLLC
165 Broadway
23rd Floor
New York, NY 10006

| | | | |
|---|---|---|---|
| Invoice No. | : 345942 | Invoice Date | : 7/29/2025 |
| **Total Due** | **: $1,631.11** | | |

Remit To:  **Rosenberg & Associates, Inc.**

**Corporate Headquarters**
**23 Vreeland Road, Suite 205**
**Florham Park, NJ 07932**

## PAYMENT WITH CREDIT CARD    **E**□

cardholder's Name: _____

card Number: _____

Exp. Date: _____    Phone#: _____

Billing Address: _____

Zip: _____    Card Security Code: _____

Amount to  Charge: _____

Cardholder's  Signature: _____

Email: _____