UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEPAMUCENO GALVAN,

                Plaintiff,

      v.

ROLLING LAWNS, INC., DAVID FERRARO,
and EVAN FERRARO,

              Defendants.

Docket No.: 23-cv-06724

**JOINT STIPULATION AND ORDER OF DISMISSIAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Nepamuceno Galvan and Rollings Lawns, Inc., David Ferraro, and Evan Ferraro (the "parties"), and ordered by the Court, that:

      (a)     the parties' settlement, including but not limited to the settlement of claims under the Fair Labor Standards Act, and the New York Labor Law is fair and reasonable; and

      (b)     all surviving claims, including any and all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

Dated:

                      *s*

SO ORDERED:

_____