**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 7/28/2026 __

Nepamuceno Galvan,

                Plaintiff,

           -against-

Rolling Lawns, Inc., David Ferraro, Evan
Ferraro,

                Defendants.

-------------------------------------------------------------------X

7:23-cv-06724-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

The Court previously found that the parties' settlement was a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act. (ECF No. 135). The Court nevertheless directed the parties to revise the allocation of the settlement proceeds between Plaintiff and Plaintiff's counsel. (*Id.* at 9–11). They have now submitted an executed revised agreement that addresses that issue. (ECF No. 139).

Before signing the revised agreement, Defendants advised the Court that they were reluctant to proceed without assurances concerning Plaintiff's alleged extrajudicial conduct. (ECF No. 138). Even so, Defendants stated that they would execute and submit the agreement to avoid the added cost of continued litigation. (*Id.* at 2). They then did so four days later. (ECF No. 139). The Court therefore understands Defendants to have chosen to proceed with the settlement despite the concerns raised in their letter.

1

Those concerns do not affect the Court's conclusion that the revised agreement is a fair and reasonable resolution of the parties' *bona fide* FLSA dispute. The Court need not—and does not—make any findings about the alleged conduct.

The revised settlement agreement is therefore **APPROVED**. According to paragraph three of the revised settlement agreement, the parties are directed to file with the Court an executed Joint Stipulation of Dismissal with Prejudice by **August 5, 2026**.

**SO ORDERED.**

DATED:     White Plains, New York
           July 28, 2026

_____
VICTORIA REZNIK
United States Magistrate Judge

2