UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEPAMUCENO GALVAN,

                  Plaintiff,

      v.

ROLLING LAWNS, INC., DAVID FERRARO,
and EVAN FERRARO,

                  Defendants.

Docket No.: 23-cv-06724

**JOINT STIPULATION AND ORDER OF DISMISSIAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Nepamuceno Galvan and Rollings Lawns, Inc., David Ferraro, and Evan Ferraro (the "parties"), and ordered by the Court, that:

      (a)     the parties' settlement, including but not limited to the settlement of claims under the Fair Labor Standards Act, and the New York Labor Law is fair and reasonable; and

      (b)     all surviving claims, including any and all claims under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

*Randi Cohen*
_____
Randi M. Cohen, Esq.
KALMANSON COHEN, PLLC
One Liberty Plaza
165 Broadway, 23rd Floor
New York, New York 10006
T: (646) 759-3655
randi@kalmansoncohen.com
Attorneys for Plaintiff

*Steven J. Moser*

_____
Steven J. Moser
MOSER LAW FIRM, PC
133C New York Avenue
Huntington, NY 11743
T: 631-759-4054
Steven.moser@moserlawfirm.com
Attorneys for Defendants

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated:    July 29, 2026

Dated: August 6, 2026